Richard C. Boardman, Bar No. 2922
RBoardman@perkinscoie.com
Rebecca H. Benavides, Bar No. 8147
RBenavides@perkinscoie.com
PERKINS COIE LLP
1111 West Jefferson Street, Suite 500
Boise, ID 83702-5391
Tele: 208.343.3434/Fax: 208.343.3232

Donald L. Morrow, admitted *Pro Hac Vice*
donaldmorrow@paulhastings.com
Panteha Abdollahi, admitted *Pro Hac Vice*
pantehaabdollahi@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
695 Town Center Drive, 17th Floor
Costa Mesa, CA 92626
Tele: 714.668.6200/Fax: 714.979.1921

Barry G. Sher, admitted *Pro Hac Vice*
barrysher@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
Tele: 212.318.6085/Fax: 212.230.5185

Attorneys for Defendant Cushman & Wakefield, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| L.J. GIBSON, BEAU BLIXSETH, AMY KOENIG, DEAN FRESONKE, VERN JENNINGS, TERRI FROEHLICH, MONIQUE LEFLEUR, and GRIFFEN DEVELOPMENT, LLC, each individually, and on behalf of PROPOSED Plaintiff CLASS Members of Tamarack Resort, Yellowstone Club, Lake Las Vegas and Ginn Sur Mer,<br><br>              Plaintiffs,<br>v.<br><br>CREDIT SUISSE AG, a Swiss corporation; CREDIT SUISSE SECURITIES (USA), LLC, a Delaware limited liability company, CREDIT SUISSE FIRST BOSTON, a Delaware limited liability corporation; CREDIT SUISSE CAYMAN ISLAND BRANCH, an entity of unknown type; CUSHMAN & WAKEFIELD, INC., a Delaware corporation and DOES 1 through 100 inclusive,<br><br>              Defendants. | Case No. 1:10-cv-00001-EJL-REB<br><br>DECLARATION OF JAMES J. MORAN IN SUPPORT OF CUSHMAN & WAKEFIELD, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT<br><br>[FILED UNDER SEAL] |

## DECLARATION OF JAMES J. MORAN

I, JAMES J. MORAN, declare:

1. I am the National Practice Leader of Cushman & Wakefield's Valuation & Advisory Services Group. The facts stated herein are true of my own knowledge. I make this declaration in support of the Motion to Dismiss the Second Amended Complaint filed by defendant Cushman & Wakefield, Inc. ("C&W).

2. I am a real estate appraiser, and have been a Designated Member of the Appraisal Institute since 1984. I have been employed by C&W since 2001. C&W's Valuation & Advisory Services Group is one of the largest fully integrated real estate valuation and consulting organizations in the world. C&W and its affiliated companies employ over 300 real estate appraisers in the Americas, and we regularly are engaged to appraise real property by owners of the property, institutional investors, and lenders, among others.

3. As the National Practice Leader of the Valuation & Advisory Services Group, I am responsible for national strategy development and implementation, business practices, and policies and procedures. In that capacity I also have access to all appraisals performed by appraisers employed by C&W or subsidiaries of C&W in the United States. C&W maintains copies of all such appraisals. I have had a search of C&W's records conducted, and have obtained copies of appraisals performed by C&W or any of its subsidiaries for each of the following resort projects: Lake Las Vegas, Yellowstone Club, Tamarack Resort, and Ginn sur Mer.

4. Attached hereto as Exhibit A and by this reference incorporated herein is a copy of the first appraisal performed by C&W or any of its subsidiaries for a Credit Suisse company on Lake Las Vegas Residential Community and Golf Courses. In particular, Exhibit A is an appraisal dated October 26, 2004, with an "as of" date of August 10, 2004, which was prepared by Charles Reinagel, an MAI appraiser who then was employed by Cushman & Wakefield of California, Inc.

5. Attached hereto as Exhibit B and by this reference incorporated herein is a copy of the first appraisal performed by C&W or any of its subsidiaries for a Credit Suisse company on Yellowstone Club. In particular, Exhibit B is an appraisal dated August 11, 2005, with an "as of" date of July 1, 2005, which was prepared by Dean Paauw, an MAI appraiser who then was employed by Cushman & Wakefield of Colorado, Inc.

6. Attached hereto as Exhibit C and by this reference incorporated herein is a copy of the first appraisal performed by C&W or any of its subsidiaries for a Credit Suisse company on Tamarack Resort. In particular, Exhibit C is an appraisal dated April 17, 2006, with an "as of" date of March 31, 2006, which was prepared by Dean Paauw, an MAI appraiser who then was employed by Cushman & Wakefield of Colorado, Inc.

7. Attached hereto as Exhibit D and by this reference incorporated herein is a copy of the first appraisal performed by C&W or any of its subsidiaries for a Credit Suisse company on West End, a proposed 6,254-unit PUD on Grand Bahama Island. The name of West End later was changed to Ginn sur Mer. In particular, Exhibit D is an appraisal dated April 28, 2006, with an "as of" date of April 11, 2006, which was prepared by Scott Tonneson, an MAI appraiser who then was employed by Cushman & Wakefield of Georgia, Inc.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct and was executed this 26th day of March, 2010, in Stamford, Connecticut.

_____
James J. Moran

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2010, I caused a true and correct copy of the Declaration of James J. Moran in Support of Cushman & Wakefield, Inc.'s Motion to Dismiss Second Amended Complaint [Filed Under Seal] to be forwarded with all required charges prepaid, by the method(s) indicated below, in accordance with the Rules of Procedure, to the following person(s):

| Recipient | Hand Delivery | U.S. Mail | Facsimile | Overnight Mail |
|---|---|---|---|---|
| Michael J. Flynn<br>Attorney at Law<br>P.O. Box 690<br>Rancho Santa Fe, CA  92067 | | | | X |
| Chris Flood<br>Attorney at Law<br>914 Preston, Suite 800<br>Houston, TX  77002 | | | | X |
| James C. Sabalos<br>Attorney at Law<br>3900 Essex Lane, Suite 730<br>Houston, TX  77027 | | | | X |
| John Flood<br>Attorney at Law<br>802 N. Carancahua, Suite 900<br>Corpus Christi, TX  78470 | | | | X |
| Philip H. Stillman<br>Attorney at Law<br>508 Meadowmist Court, Suite B<br>Olivenhain, CA  92024 | | | | X |
| Robert C. Huntley<br>Attorney at Law<br>815 Washington Street<br>P.O. Box 2188<br>Boise, ID  83701 | X | | | |

MORAN DECL. ISO C&W'S
MOTION TO DISMISS SAC - 4-
73247-0001/LEGAL17970955.1

| | | |
|---|---|---|
| Randall A. Peterman<br>James L. Martin<br>Moffatt, Thomas, Barrett,<br> Rock & Fields, Chartered<br>101 S. Capitol Blvd., 10th Floor<br>P.O. Box 829<br>Boise, ID  83701 | Hand Delivery<br>U.S. Mail<br>Facsimile<br>Overnight Mail | X<br><br><br> |
| David J. Lender<br>Jason I. Lichter<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Hand Delivery<br>U.S. Mail<br>Facsimile<br>Overnight Mail | <br><br><br>X |
| Thomas R. Guy<br>David W. Dummer<br>Weil, Gotshal & Manges LLP<br>200 Crescent Court, Suite 300<br>Dallas, TX  75201 | Hand Delivery<br>U.S. Mail<br>Facsimile<br>Overnight Mail | <br><br><br>X |

_/s/ Richard C. Boardman_