James L. Martin, ISB No. 4226
jlm@moffatt.com
MOFFATT, THOMAS, BARRETT,
ROCK & FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701-0829
Telephone (208) 345-2000
Facsimile (208) 385-5384

David J. Lender (*pro hac vice*)
david.lender@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone (212) 310-8000
Facsimile (212) 310-8007

Ray Guy (*pro hac vice*)
ray.guy@weil.com
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone (214) 746-7700
Facsimile (214) 746-7777

*Attorneys for Credit Suisse Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| L.J. GIBSON, BEAU BLIXSETH, AMY KOENIG, DEAN FRESONKE, VERN JENNINGS, TERRI FROEHLICH, MONIQUE LEFLEUR, and GRIFFEN DEVELOPMENT, LLC, each individually, and on behalf of PROPOSED Plaintiff CLASS Members of Tamarack Resort, Yellowstone Club, Lake Las Vegas and Ginn Sur Mer,<br><br>Plaintiffs,<br>v.<br><br>CREDIT SUISSE AG, a Swiss corporation, CREDIT SUISSE SECURITIES (USA), LLC, a Delaware limited liability company, CREDIT SUISSE FIRST BOSTON, a Delaware limited liability corporation, CREDIT SUISSE CAYMAN ISLAND BRANCH, an entity of unknown type, CUSHMAN & WAKEFIELD, INC., a Delaware corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 1:10-cv-00001-EJL<br><br>**DEFENDANTS CREDIT SUISSE AG, CREDIT SUISSE SECURITIES (USA), LLC, CREDIT SUISSE FIRST BOSTON, AND CREDIT SUISSE CAYMAN ISLAND BRANCH'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

COME NOW defendants Credit Suisse AG, Credit Suisse Securities (USA), LLC, Credit Suisse First Boston, and Credit Suisse Cayman Island Branch (collectively, "Credit Suisse"), and, pursuant to Fed. R. Civ. P. 12(b)(1) & 12(b)(6), hereby move for dismissal of the Second Amended Complaint in the above-captioned action with prejudice.

In support of this motion, Credit Suisse submits herewith a Memorandum of Law, the Declaration of David J. Lender in Support of Credit Suisse's Motion to Dismiss the Second Amended Complaint (with exhibits 1-8 thereto), and the Affidavit of Ronald Hugh Small in Support of Credit Suisse Defendants' Motion to Dismiss the Second Amended Complaint.

DATED this 29th day of March, 2010

| Moffatt, Thomas, Barrett, Rock & Fields, Chartered | Weil, Gotshal & Manges LLP |
|---|---|
| */s/ James L. Martin* <br> James L. Martin | */s/ David J. Lender* <br> David J. Lender <br> Ray Guy |
| Attorney for Credit Suisse | Attorneys for Credit Suisse |

**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of March, 2010, I filed the foregoing **DEFENDANTS CREDIT SUISSE AG, CREDIT SUISSE SECURITIES (USA), LLC, CREDIT SUISSE FIRST BOSTON, AND CREDIT SUISSE CAYMAN ISLAND BRANCH'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| **Robert C. Huntley Jr.**<br>rhuntley@huntleylaw.com | **Michael J. Flynn**<br>mike@mjfesq.com |
| **James C. Sabalos**<br>jimsabalos@hotmail.com | **John Flood**<br>john@floodandflood.com |
| **Philip H. Stillman**<br>pstillman@stillmanassociates.com | **Peter Chase Neumann**<br>petercneumann@sbcglobal.net |
| **Chris Flood**<br>chris@floodandflood.com | **Richard C. Boardman**<br>rboardman@perkinscoie.com |
| **Rebecca H. Benavides**<br>rbenavides@perkinscoie.com | **Donald L. Morrow**<br>donaldmorrow@paulhastings.com |
| **Panteha Abdollahi**<br>pantehaabdollahi@paulhastings.com | **Barry G. Sher**<br>barrysher@paulhastings.com |

/s/
Tyler J. Anderson