James L. Martin, ISB No. 4226
jlm@moffatt.com
MOFFATT, THOMAS, BARRETT,
ROCK & FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701-0829
Telephone (208) 345-2000
Facsimile (208) 385-5384

David J. Lender (*pro hac vice*)
david.lender@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone (212) 310-8000
Facsimile (212) 310-8007

Ray Guy (*pro hac vice*)
ray.guy@weil.com
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone (214) 746-7700
Facsimile (214) 746-7777

*Attorneys for Credit Suisse Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| L.J. GIBSON, BEAU BLIXSETH, AMY KOENIG, DEAN FRESONKE, VERN JENNINGS, TERRI FROEHLICH, MONIQUE LEFLEUR, and GRIFFEN DEVELOPMENT, LLC, each individually, and on behalf of PROPOSED Plaintiff CLASS Members of Tamarack Resort, Yellowstone Club, Lake Las Vegas and Ginn Sur Mer,<br><br>              Plaintiffs,<br>v.<br><br>CREDIT SUISSE AG, a Swiss corporation, CREDIT SUISSE SECURITIES (USA), LLC, a Delaware limited liability company, CREDIT SUISSE FIRST BOSTON, a Delaware limited liability corporation, CREDIT SUISSE CAYMAN ISLAND BRANCH, an entity of unknown type, CUSHMAN & WAKEFIELD, INC., a Delaware corporation and DOES 1 through 100 inclusive,<br><br>              Defendants. | Case No. 1:10-cv-00001-EJL<br><br>**DECLARATION OF DAVID J. LENDER IN SUPPORT OF DEFENDANTS CREDIT SUISSE AG, CREDIT SUISSE SECURITIES (USA), LLC, CREDIT SUISSE FIRST BOSTON, AND CREDIT SUISSE CAYMAN ISLAND BRANCH'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

**DECLARATION OF DAVID J. LENDER**

I, David J. Lender, declare, under penalty of perjury, as follows:

1. I am a partner of the law firm Weil, Gotshal & Manges LLP, counsel to defendants Credit Suisse AG, Credit Suisse Securities (USA), LLC, Credit Suisse First Boston, and Credit Suisse Cayman Island Branch in the above-captioned action. I am a member of the bar of the State of New York, and I have been admitted *pro hac vice* to appear before the Court in this action. I submit this declaration on behalf of the Credit Suisse Defendants in support of their Motion to Dismiss the Second Amended Complaint.

2. The purpose of this declaration is to place before the Court certain documents referred to in the accompanying Memorandum of Law in Support of the Credit Suisse Defendants' Motion to Dismiss the Second Amended Complaint.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Credit Agreement among Lake at Las Vegas Joint Venture, LLV-1, LLC, the Lenders listed therein, and Credit Suisse First Boston, dated November 1, 2004 ("LLV Credit Agreement").

4. Attached hereto as Exhibit 2 is a true and correct copy of the Credit Agreement among Yellowstone Mountain Club, LLC, Yellowstone Development, LLC, Blue Sky Ridge, LLC, the Lenders listed therein, and Credit Suisse, dated September 20, 2005 ("Yellowstone Credit Agreement").

5. Attached hereto as Exhibit 3 is a true and correct copy of the Credit Agreement among Tamarack Resort LLC, the Lenders listed therein, Credit Suisse, Cayman Islands Branch, Credit Suisse Securities (USA) LLC, and SG Americas Securities, LLC, dated May 19, 2006 ("Tamarack Credit Agreement").

6. Attached hereto as Exhibit 4 is a true and correct copy of the First Lien Credit Agreement among Ginn-LA CS Borrower, LLC, Ginn-LA Conduit Lender, Inc., the Lenders

**DECLARATION OF DAVID J. LENDER - 2**

listed therein, Credit Suisse, Cayman Islands Branch, and Credit Suisse Securities (USA) LLC, dated June 8, 2006 ("Ginn Credit Agreement").

7.     Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Engagement Letter between Lake at Las Vegas Joint Venture and Credit Suisse First Boston (acting through its Cayman Islands Branch), dated September 8, 2004 ("LLV Engagement Letter").

8.     Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Engagement Letter among Yellowstone Mountain Club LLC, Yellowstone Development LLC, and Credit Suisse First Boston (acting through its Cayman Islands Branch), dated May 6, 2005 ("Yellowstone Engagement Letter").

9.     Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Engagement Letter between Tamarack Resort LLC and Credit Suisse Securities (USA) LLC, dated March 6, 2006 ("Tamarack Engagement Letter").

10.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Engagement Letter among Ginn-LA Quail West Ltd., LLLP, Ginn-LA Laurel Creek Ltd., LLLP, Ginn-LA West End Ltd., LLLP, Ginn-LA Bulow Ltd., LLLP, Ginn-LA St. Lucie Ltd., LLLP, Credit Suisse Securities (USA) LLC, and Credit Suisse, Cayman Islands Branch, dated March 30, 2006 ("Ginn Engagement Letter").

11.    To the best of my knowledge, the provisions cited in the Memorandum of Law in Support of the Credit Suisse Defendants' Motion to Dismiss the Second Amended Complaint from the LLV Credit Agreement, the Yellowstone Credit Agreement, the Tamarack Credit Agreement, and the Ginn Credit Agreement (collectively, the "Credit Agreements") have not been altered by any subsequent amendment to any of the Credit Agreements.

12. This declaration was executed this 29th day of March, 2010, in New York, New York.

_____
David J. Lender

**DECLARATION OF DAVID J. LENDER - 4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of March, 2010, I filed the foregoing **DECLARATION OF DAVID J. LENDER IN SUPPORT OF DEFENDANTS CREDIT SUISSE AG, CREDIT SUISSE SECURITIES (USA), LLC, CREDIT SUISSE FIRST BOSTON, AND CREDIT SUISSE CAYMAN ISLAND BRANCH'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Robert C. Huntley Jr.**
rhuntley@huntleylaw.com

**Michael J. Flynn**
mike@mjfesq.com

**James C. Sabalos**
jimsabalos@hotmail.com

**John Flood**
john@floodandflood.com

**Philip H. Stillman**
pstillman@stillmanassociates.com

**Peter Chase Neumann**
petercneumann@sbcglobal.net

**Chris Flood**
chris@floodandflood.com

**Richard C. Boardman**
rboardman@perkinscoie.com

**Rebecca H. Benavides**
rbenavides@perkinscoie.com

**Donald L. Morrow**
donaldmorrow@paulhastings.com

**Panteha Abdollahi**
pantehaabdollahi@paulhastings.com

**Barry G. Sher**
barrysher@paulhastings.com

   /s/
Tyler J. Anderson