# Exhibit 3
# (Part 2 of 6)

(c)    Liens incurred or deposits made in the Ordinary Course of Business in connection with workers' compensation, unemployment insurance and other types of social security, or to secure the performance of tenders, statutory obligations, surety and appeal bonds, bids, leases, government contracts, trade contracts, performance and return-of-money bonds and other similar obligations (exclusive, in each case, of obligations for the payment of borrowed money or other Indebtedness);

(d)    any attachment or judgment Lien with respect to a money judgment, writ, warrant of attachment or similar process not constituting an Event of Default, so long as such Lien could not reasonably be expected to have a Material Adverse Effect;

(e)    leases, subleases, licenses and sublicenses granted to others (in the Ordinary Course of Business) not interfering with the ordinary conduct of the business or operations of the Borrower or any of its Subsidiaries;

(f)    any (i) Lien arising from any Permitted Equipment Financing, (ii) interest or title of a lessor or sublessor under any Capital Lease permitted by Section 6.1(ii) or any operating lease not prohibited by this Agreement, (iii) restriction or encumbrance that the interest or title of such lessor or sublessor may be subject to, or (iv) subordination of the interest of the lessee or sublessee under such lease to any restriction or encumbrance referred to in the preceding clause (iii);

(g)    zoning, building codes and other Governmental Authorizations regulating the use, development and/or occupancy of any Real Property Asset or activities conducted thereon which are imposed by any Governmental Authority having jurisdiction over such Real Property Asset so long as such zoning, building codes and other Governmental Authorizations could not reasonably be expected to have a Material Adverse Effect;

(h)    Liens securing Indebtedness permitted pursuant to clause (vii) of Section 6.1;

(i)    bankers liens and rights of setoff with respect to customary depository arrangements entered into in the Ordinary Course of Business;

(j)    with respect to the Bayview Parcels, a Subordination and Non-Disturbance Agreement recorded in connection with the Bayview Contracts;

(k)    with respect to the Real Property Collateral only, the Permitted Title Exceptions; and

(l)    any existing or future condominium declarations (and modifications thereof) recorded against a portion of the Real Property Collateral by the Borrower in the Ordinary Course of Business and in furtherance of the development of the Project in accordance with the Project Projections.

"**Permitted Equipment Financing**" means, collectively, (i) the existing financing listed on Schedule 1.1(d) hereto secured solely by furnishings, fixtures and equipment, (ii) financing obtained in the Ordinary Course of Business which is secured solely by furnishings, fixtures and equipment acquired

using the proceeds of such financing and (iii) Indebtedness under Capital Leases capitalized on the consolidated balance sheet of the Borrower, in the aggregate amount not to exceed $6,000,000.

"**Permitted Equity Issuance**" means an issuance of Capital Stock in the Borrower of up to 30% of the aggregate outstanding beneficial ownership of the Borrower as of the Effective Date to (i) existing holders of the Capital Stock of the Borrower as of the Effective Date as set forth on Schedule 3.10 or (ii) to any other Person, subject to the prior written approval of the Administrative Agent, including review and approval of all documentation and other information required by bank regulatory authorities under applicable "know your customer" and anti-money laundering rules and regulations, including the U.S.A. Patriot Act.

"**Permitted Existing Indebtedness**" means the Indebtedness of the Borrower existing as of the Effective Date after giving effect to the Transactions as further described on Schedule 6.1 attached hereto.

"**Permitted Holder**" means, collectively, Jean-Pierre Boespflug and Alfredo Miguel Afif.

"**Permitted Member Sales**" means the sales of Residential Units or Unimproved Lots to certain members of Borrower in accordance with the available discount percentage points set forth on Schedule 6.9. The number of discount percentage points available to each such member listed on Schedule 6.9 may be applied by such member as a percentage discount from the fair market value of one or more Residential Units or Unimproved Lots, and each discount percentage point, once applied, may not be applied against any other lot.

"**Permitted Title Exceptions**" means the title exceptions reflected in the Mortgagee Policies (including, without limitation, the LID Bonds) and, after the Effective Date, (i) any title exceptions arising from the recordation of Specified Encumbrances to which Collateral Agent agrees to subordinate the Lien of the Mortgage, and (ii) any title exceptions relating to a Subordination and Non-Disturbance Agreement to which the Collateral Agent has agreed to recordation.

"**Permitted Transaction Costs**" means bona fide, reasonable, direct costs actually incurred by Borrower or its Subsidiaries in connection with an Asset Sale, the issuance of debt Securities (or incurrence of borrowed Indebtedness), or the issuance of equity, including, without limitation, (a) transfer, sales, use and other taxes payable in connection with such Asset Sale, (b) payment of the outstanding principal amount of, premium or penalty, if any, and interest on any permitted Indebtedness (other than the Loans) that is secured by a Lien on the stock or assets in question and that is required to be repaid under the terms thereof as a result of such transaction, (c) brokers' or advisors' commissions, (d) fees and expenses of counsel, accountants and other advisors and other customary and reasonable closing costs in connection with such transaction, and (e) any underwriting discounts, commitments, arrangements or similar fees.

"**Person**" means any natural person, corporation, limited liability company, trust, joint venture, association, company, partnership, limited partnership, Governmental Authority or other entity.

"**Pledge Agreement**" means the Pledge Agreements executed and delivered by the Borrower and the Shareholder Pledgors, in each case, in favor of the Collateral Agent for the benefit of the Agents and the other Secured Parties substantially in the form of Exhibit VIII annexed hereto, with such changes thereto as may be reasonably recommended by the Collateral Agent's local counsel based on local laws or customary practice, as may be amended, restated, amended and restated, supplemented or otherwise Modified from time to time in accordance with the terms thereof and hereof.

CREDIT AGREEMENT

"**Pre-Sold**" means, when referring to any contemplated Residential Unit, that such Residential Unit is subject to a Qualified Sales Agreement with a third party buyer and, in connection therewith, such buyer has made a non-refundable deposit of at least ten percent (10%) under such Qualified Sales Agreement and the financing contingency thereunder has been satisfied or waived by such buyer. Notwithstanding the foregoing, for purposes of this definition and this Agreement, so long as the Bayview Contract remains in full force and effect (and prior to the closing thereunder) the Bayview Parcels shall be considered Pre-Sold.

"**Prime Rate**" means the rate of interest per annum announced from time to time by Credit Suisse as its prime commercial lending rate in effect at its principal office in New York City. The Prime Rate is a reference rate and does not necessarily represent the lowest or best rate actually charged to any customer. Credit Suisse or any other Lender may make commercial loans or other loans at rates of interest at, above or below the Prime Rate.

"**Proceedings**" has the meaning assigned to that term in Section 5.3(xiii).

"**Project**" means the Tamarack Resort located in Idaho as depicted on the map attached hereto as Exhibit X.

"**Projected Basis**" means, with respect to forward-looking compliance with any test or covenant hereunder, compliance with such covenant or test after giving effect to anticipated borrowings and projections of income, expenses and capital expenditures for the relevant period, based upon good faith estimates and assumptions believed by the Borrower to be correct and reasonable at the time made it being understood by the Administrative Agent that actual results during the period or periods covered by any such projections may differ from the projected results, which projections shall give effect to, among other things, any proposed borrowing, acquisition, disposition, budget change, schedule change or other action reasonably anticipated to occur and otherwise in conformity with such procedures as may be agreed upon between the Administrative Agent and the Borrower, all such calculations to be in form and substance reasonably satisfactory to the Administrative Agent.

"**Project Expenses**" means, with respect to Borrower and its Subsidiaries, for any period and without duplication, the costs and expenses incurred by the Borrower and its Subsidiaries in connection with the development of the Project (including, without limitation, the construction of any Residential Units and other vertical improvements) as contemplated in the Approved Project Budget including, without limitation, general and administrative expenses, sales and marketing expenses, resort operating expenses, land development costs, capital expenditures on resort amenities, construction costs and carrying costs (consisting of taxes, insurance costs, capital expenditures, and property owners association subsidies and reserve funding), excluding, however, for purposes of the definition of Net Cash from Project Sales, all costs and expenses associated with the operations of the Hotel, Golf Course, Ski Hill and related amenities which are included in the calculation of Net Cash from Operations.

"**Project Projections**" means that certain development and construction schedule associated with the Project attached hereto as Exhibit I-A which estimates the Cash from Project Sales and the expenditures to be incurred in connection with the development and construction of the Project as contemplated under the Approved Project Budget over the period from 2006 through 2011. Borrower shall have the right to update the Project Projections in accordance with Section 5.3(xi) below.

"**Properly Contested**" means, with respect to any claim against a Loan Party or any Indebtedness of a Loan Party (including any Taxes), that such claim or Indebtedness is not paid or settled as and when such claim or Indebtedness is due or payable by reason of such Loan Party's bona fide dispute concerning its liability to pay same or concerning the amount thereof provided that: (i) such claim

22

or Indebtedness is being properly contested in good faith by appropriate proceedings promptly instituted and diligently conducted; (ii) such Loan Party has established appropriate reserves as shall be required in conformity with GAAP; (iii) the non-payment of such claim or Indebtedness could not reasonably be expected to have a Material Adverse Effect; (iv) no Lien is imposed upon any of such Loan Party's assets with respect to such claim or Indebtedness unless such Lien is at all times junior and subordinate in priority to the Liens in favor of the Collateral Agent (except only with respect to Permitted Encumbrances that have priority as a matter of applicable state law) and enforcement of such Lien is stayed during the period prior to the final resolution or disposition of such dispute; (v) if the claim or Indebtedness results from, or is determined by the entry, rendition or issuance against a Loan Party or any of its assets of a judgment, writ, order or decree, enforcement of such judgment, writ, order or decree is stayed pending a timely appeal or other judicial review; and (vi) if such contest is abandoned, settled or determined adversely (in whole or in part) to such Loan Party, such Loan Party forthwith pays such claim or Indebtedness and all penalties, interest and other amounts due in connection therewith as and when required to be paid.

"**Pro Rata Share**" means with respect to all payments, computations and other matters relating to the Loans of any Lender, the percentage obtained by <u>dividing</u> (i) the Loan Exposure of that Lender <u>by</u> (ii) the aggregate Loan Exposure of all the Lenders; in any such case as the applicable percentage may be adjusted by assignments permitted pursuant to Section 9.1. The initial Pro Rata Share of each Lender is set forth in the Register.

"**PTO**" means the United States Patent and Trademark Office.

"**Qualified Appraisal**" means the Initial Appraisal and any other real estate appraisal conducted in accordance with the Uniform Standards of Professional Appraisal Practice (as promulgated by the Appraisal Standards Board of the Appraisal Foundation) and all requirements of Applicable Law applicable to Administrative Agent undertaken by an Appraiser, and providing an assessment of "Total Net Value" (as defined in the Initial Appraisal) of the remaining Real Property Collateral, the form and substance of such appraisal to be reviewed and approved by the Administrative Agent in its reasonable judgment.

"**Qualified Appraisal Update**" means a quarterly update of the Initial Appraisal or other Qualified Appraisal prepared by the Appraiser, the form and substance of such update to be reviewed and approved by the Administrative Agent in its reasonable judgment.

"**Qualified Sales Agreement**" means (i) an arms length definitive and binding purchase agreement between the Borrower and a third party pursuant to which such third party agrees to purchase a Residential Unit or Unimproved Lot for fair market value and whereby the transfer of title of the real property with respect to such Residential Unit or Unimproved Lot shall occur only concurrently with or subsequent to the payment by such third party of 100% of the purchase price set forth under such purchase agreement, which Qualified Sales Agreement shall be substantially in the form delivered and certified as true and correct to Administrative Agent on the Closing Date or in a form otherwise approved by Administrative Agent in its reasonable discretion, (ii) a definitive and binding purchase agreement for a Permitted Member Sale, and (iii) a definitive and binding purchase agreement for the sale of a portion of the Real Property Collateral, which purchase agreement shall be approved by the Administrative Agent, in its reasonable discretion, such approval not to be unreasonably withheld.

"**Real Property Asset**" means, at any time of determination, any interest (fee, leasehold or otherwise) then owned by the Borrower in any real property.

CREDIT AGREEMENT

"**Real Property Collateral**" means the portion of the Collateral comprising a Real Property Asset.

"**Recognition and Estoppel Agreements**" means an agreement, substantially in the form of Exhibit IV attached hereto, pursuant to which a Third Party Operator or the Contractor agrees to recognize certain rights of the Administrative Agent and/or Collateral Agent with regard to the Project and consent to the Lien of the Mortgage, among other things.

"**Recovery Event**" has the meaning assigned to that term in Section 2.8B(ii)(c).

"**Reference Lenders**" means (a) Credit Suisse and (b) another Lender determined by the Administrative Agent with the consent of the Borrower, which consent shall not be unreasonably withheld or delayed.

"**Register**" has the meaning assigned to that term in Section 9.1C.

"**Registered Loan**" has the meaning assigned to that term in Section 9.1C.

"**Reinvestment Notice**" means a written notice executed by a Responsible Officer and delivered to the Administrative Agent within five (5) Business Days after a Recovery Event stating that no Default or Event of Default has occurred and is continuing, that the Borrower intended to utilize the Insurance Proceeds for purposes of restoration and repair of the affected Real Property Collateral, that the Borrower agrees to pursue such repair and restoration in a diligent manner, in compliance with all Applicable Laws and without permitting any Liens to encumber the Real Property Collateral except those permitted by Section 6.2 hereof.

"**Related Parties**" means, with respect to any Person, such Person's Affiliates and the directors, officers, employees, agents, trustees and advisors of such Person and of such Person's Affiliates.

"**Release**" means any release, spill, emission, leaking, pumping, pouring, injection, escaping, deposit, disposal, discharge, dispersal, dumping, leaching or migration of Hazardous Materials into the indoor or outdoor environment (including, without limitation, the abandonment or disposal of any barrels, containers or other closed receptacles containing any Hazardous Materials), or into or out of any property, including the movement of any Hazardous Material through the air, soil, surface water, groundwater or property.

"**Release Instruments**" has the meaning assigned to that term in Section 2.13.

"**Released Parcel**" has the meaning assigned to that term in Section 2.13.

"**Request for Loan**" means an executed request for loan substantially in the form of Exhibit XI hereto with all blanks completed by the Borrower.

"**Required Dedication**" means a dedication or conveyance of a portion of the Real Property Collateral (other than a Residential Unit or Unimproved Lot) in the Ordinary Course of Business at the direction of a Governmental Authority or as may be required pursuant to the Master Declarations upon completion and approval by the applicable Governmental Authority of final plats with respect to respective portions of the Real Property Collateral to (i) such Governmental Authority (or any designee of such Governmental Authority), or (ii) to the Resort Association under the applicable Master Declaration for roads, common areas, easements and other shared uses; provided any such dedication or conveyance (individually and/or taken together will all other such dedications and conveyances) (i) has not had and

24

could not reasonably be expected to have a Material Adverse Effect or (ii) has not impaired and could not reasonably be expected to impair the Collateral Agent's First Priority Lien on the remaining Real Property Collateral.

"**Requisite Lenders**" means Lenders having or holding more than 50% of the sum of the aggregate Loan Exposure of all Lenders.

"**Reserve Adjusted Eurodollar Rate**" means, with respect to each day during each Interest Period pertaining to a Eurodollar Rate Loan, a rate per annum determined for such day in accordance with the following formula; provided, however, that at all times such rate shall be equal to or exceed 1%:

$$\frac{\text{Eurodollar Base Rate}}{1.00 - \text{Eurocurrency Reserve Requirements}}$$

"**Residential Unit**" means each of the 2043 dwelling units approved by the Master Plans for development within the Real Property Collateral, some of which are not yet subdivided or platted and which are expected to comprise a combination of at least 758 condominium and hotel units, 289 townhomes, 234 single family homes, 347 Unimproved Lots and 415 single family home lots, subject to the right of adjustment of such numbers provided in the Master Plans; provided that the total number of such units and lots is no less than 2043. As of the Effective Date, approximately 1700 Residential Units remain to be sold.

"**Residential Unit Construction Contract**" means each of the construction contracts, substantially in the form delivered and certified as true and correct to Administrative Agent on the Closing Date between a third party purchaser and the Borrower pursuant to which the Borrower agrees to construct and develop a townhome or single family home on an Unimproved Lot for such third party homebuyer in exchange for a guaranteed maximum price, which price shall be payable in progress payment installments. The provisions of a Residential Unit Construction Contract may be contained as an addendum to a Qualified Sales Agreement.

"**Resort Association**" means Tamarack Resort Association, Inc., Tamarack Residential Association, Inc., Members Lodge Association, Inc. in their respective capacities under each applicable Master Declaration.

"**Responsible Officer**" means the chief executive officer, chairman of the board, president/chief operating officer, any vice president, general counsel or chief financial officer of the Borrower, but in any event, with respect to financial matters, the chief financial officer or treasurer of the Borrower.

"**Restricted Payment**" means (a) any dividend or other distribution, direct or indirect, on account of any shares of any class of stock (or of any other Capital Stock) of the Borrower or any of its Subsidiaries now or hereafter outstanding, except a dividend payable solely in shares of that class of stock to the holders of that class, (b) any redemption, retirement, sinking fund or similar payment, purchase or other acquisition for value, direct or indirect, of any shares of any class of stock (or of any other Capital Stock) of its, the Borrower or any of its Subsidiaries now or hereafter outstanding, and (c) any payment made to retire, or to obtain the surrender of, any outstanding warrants, options or other rights to acquire shares of any class of stock (or of any other Capital Stock) of its, the Borrower or any of its Subsidiaries now or hereafter outstanding.

"**Restricted Payment Amount**" means, on any date of determination, an amount equal to 50% of Excess Cash Flow received by the Borrower or its Subsidiaries during the period commencing on the first day of the first Fiscal Quarter on or after the Trigger Date Events shall have occurred and be continuing

and ending on the last day of the Fiscal Quarter immediately prior to such date of determination for which financial statements have been delivered pursuant to Section 5.3(ii) or (iii).

"**Restoration Cost Amount**" has the meaning set forth for such term in Section 2.4 hereof.

"**S&P**" means Standard & Poor's, a division of the McGraw-Hill Companies, Inc.

"**Secured Hedge Agreements**" means Hedge Agreements which comply with the requirements of Section 5.12 and are secured by the Collateral.

"**Secured Parties**" means the Agents, Lenders and counterparties to Secured Hedge Agreements.

"**Securities**" means any Capital Stock, voting trust certificates, certificates of interest or participation in any profit-sharing agreement or arrangement, bonds, debentures, notes, or other evidences of Indebtedness, secured or unsecured, convertible, subordinated or otherwise, or in general any instruments commonly known as "securities" or any certificates of interest, shares or participations in temporary or interim certificates for the purchase or acquisition of, or any right to subscribe to, purchase or acquire, any of the foregoing.

"**Security Agreement** " means each Security Agreement executed and delivered by any Loan Party in favor of the Collateral Agent for the benefit of the Agents and the other Secured Parties substantially in the form of Exhibit IX annexed hereto, with such changes thereto as may be reasonably recommended by the Collateral Agent's local counsel based on local laws or customary practice, as may be amended, restated, amended and restated, supplemented or otherwise Modified from time to time in accordance with the terms thereof and hereof.

"**Shareholder Pledgor**" means, collectively, Cross Atlantic Real Estate LLC and VPG Investments, Inc.

"**Ski Hill**" means the portion of the Project utilized for skiing, ski lifts and all facilities associated therewith as depicted on Exhibit X.

"**Solvency Certificate**" has the meaning assigned to that term in Section 3.1H.

"**Solvent**" means, with respect to any Person, that as of the date of determination both (a) (i) the then fair saleable value of the property of such Person, sold as a going concern, is (A) greater than the total amount of liabilities (including contingent liabilities but excluding amounts payable under intercompany promissory notes) of such Person and (B) not less than the amount that will be required to pay the probable liabilities on such Person's then existing debts as they become absolute and matured considering all financing alternatives and potential asset sales reasonably available to such Person; (ii) such Person's capital is not unreasonably small in relation to its business or any contemplated or undertaken transaction; and (iii) such Person does not intend to incur, or believe (nor should it reasonably believe) that it will incur, debts beyond its ability to pay such debts as they become due; and (b) such Person is "solvent" within the meaning given that term and similar terms under applicable laws relating to fraudulent transfers and conveyances. For purposes of this definition, the amount of any contingent liability at any time shall be computed as the amount that, in light of all of the facts and circumstances existing at such time, represents the amount that can reasonably be expected to become an actual or matured liability.

"**Specified Encumbrances**" has the meaning assigned to that term in Section 2.13B.

26

**CREDIT AGREEMENT**

"**Stated Amount**" means, on any date and with respect to any Letter of Credit, the total amount then available to be drawn under such Letter of Credit.

"**Subordination and Non-Disturbance Agreement**" means a subordination and non-disturbance agreement executed and delivered with regard to the Bayview Contracts, which agreement shall be in form and substance reasonably satisfactory to the Administrative Agent.

"**Subsidiary**" means, with respect to any Person, any corporation, partnership, association, joint venture or other business entity of which more than 50% of the total voting power of shares of stock or other ownership interests entitled (without regard to the occurrence of any contingency) to vote in the election of the Person or Persons (whether directors, managers, trustees or other Persons performing similar functions) having the power to direct or cause the direction of the management and policies thereof is at the time owned or controlled, directly or indirectly, by that Person or one or more of the other Subsidiaries of that Person or a combination thereof. This definition of Subsidiary shall not include the Meadows Subsidiary.

"**Subsidiary Guarantor**" means, individually, each Subsidiary, and "Subsidiary Guarantors" means, collectively, all of the foregoing.

"**Subsidiary Guaranty**" means the Subsidiary Guaranty, substantially in the form of Exhibit XXI annexed hereto, executed and delivered by each of the Subsidiary Guarantors on the Effective Date, or executed and delivered by any additional Subsidiary Guarantors from time to time thereafter pursuant to Section 5.11, as such Guaranty may hereafter be amended, restated, amended and restated, supplemented or otherwise Modified from time to time.

"**Supplemental Collateral Agent**" and "**Supplemental Collateral Agents**" shall have the meaning assigned to these terms in Section 8.1B.

"**Tax Distributions**" means Restricted Payments made pursuant to Section 6.5.

"**Taxes**" means all present or future taxes, levies, imposts, duties, deductions, withholdings, assessments, fees or other charges imposed by any Governmental Authority, including any interest, additions to tax or penalties applicable thereto.

"**Third Party Operator**" means any third party operator or manager of the Hotel, Ski Hill, Golf Course or other amenities related to the Project providing operations, management and/or other services with regard to the Project.

"**Third Party Operating Agreement**" means any management, operating or other similar agreement between Borrower or any of its Subsidiaries and any Third Party Operator, which agreement shall be in form and substance satisfactory to the Administrative Agent. For the avoidance of doubt, this definition is not intended to include operating leases that would not otherwise be considered Material Contracts.

"**Title Company**" means, collectively, one or more title insurance companies reasonably satisfactory to the Administrative Agent.

"**Total Debt LTV Ratio**" has the meaning assigned to that term in Section 6.6A.

**CREDIT AGREEMENT**

"**Tranche A Availability Period**" means the period from and including the Effective Date to but excluding the earlier of the Tranche A Maturity Date and the date of termination of the Tranche A Funding Amounts.

"**Tranche A Credit-Linked Deposit**" means, with respect to each Tranche A Lender at any time, amounts actually on deposit in the Tranche A Credit-Linked Deposit Account to the credit of such Lender's Tranche A Credit-Linked Sub-Account at such time.

"**Tranche A Credit-Linked Deposit Account**" means the "Tranche A Lenders (Tamarack) Credit-Linked Deposit Account" established by the Paying Agent at Credit Suisse pursuant to Section 2.1A.

"**Tranche A Credit-Linked Sub-Account**" has the meaning set forth in Section 2.1A.

"**Tranche A Exposure**" means, with respect to any Tranche A Lender at any time, the sum of its Applicable Percentage of the outstanding principal amount of the Tranche A Loans and its Tranche A LC Exposure at such time.

"**Tranche A Funding Amount**" means, with respect to each Tranche A Lender, the amount that such Tranche A Lender is required hereby to maintain as its Tranche A Credit-Linked Deposit, as such amount may be reduced or increased from time to time pursuant to Section 2.1C, Section 2.2C, Section 2.8C and through assignments by or to such Lender pursuant to Section 9.1. The initial amount of each Tranche A Lender's Tranche A Funding Amount is set forth in an Assignment Agreement pursuant to which such Lender shall have assumed its Tranche A Funding Amount, as applicable. The aggregate amount of the Tranche A Lenders' Tranche A Funding Amounts is $100,000,000.

"**Tranche A LC Exposure**" means, at any time, the sum of (a) the aggregate undrawn amount of all outstanding Letters of Credit at such time plus (b) the aggregate amount of all LC Disbursements that have not yet been reimbursed by or on behalf of the Borrower at such time. The Tranche A LC Exposure of any Tranche A Lender at any time shall be its Applicable Percentage of the total Tranche A LC Exposure at such time.

"**Tranche A Lender**" means a Lender with a Tranche A Funding Amount or, if the Tranche A Funding Amounts have terminated or expired, a Lender with Tranche A Exposure.

"**Tranche A Loan**" means the Loans made pursuant to Section 2.2B.

"**Tranche A Loan Borrowing Conditions**" means (i) no Default or Event of Default shall have occurred and be continuing, (ii) the amount of funds on deposit in the Development Reserve Account remaining from the disbursement of the Tranche B Loans on the Effective Date equals zero, (iii) Borrower has provided evidence satisfactory to Administrative Agent of compliance with the Total Debt LTV Ratio on a Projected Basis for the Fiscal Quarter immediately succeeding the applicable Request for Loan and (iv) Borrower has provided the deliveries required by Section 3.3C.

"**Tranche A Maturity Date**" means the fifth anniversary of the Effective Date.

"**Tranche B Loan**" means the Loans made pursuant to Section 2.2A.

"**Tranche B Loan Commitment**" means, with respect to each Tranche B Loan Lender, the commitment, if any, of such Lender to make one or more Tranche B Loans hereunder on the Effective Date, expressed as an amount representing the maximum aggregate principal amount of the Tranche B

Loans to be made by such Lender hereunder, as such commitment may be reduced or increased from time to time pursuant to assignments by or to such Lender pursuant to Section 9.1. The initial amount of each Tranche B Loan Lender's Tranche B Loan Commitment is set forth on Schedule 1.1(c) attached hereto or in an Assignment Agreement pursuant to which such Lender shall have assumed its Tranche B Loan Commitment. The aggregate amount of the Tranche B Loan Lenders' Tranche B Loan Commitments is $150,000,000.

"**Tranche B Loan Lender**" means a Lender with a Tranche B Loan Commitment or an outstanding Tranche B Loan.

"**Tranche B Maturity Date**" means the fifth anniversary of the Effective Date.

"**Transaction Costs**" means the fees, costs and expenses payable by the Borrower and its Subsidiaries in connection with the Transactions and set forth in the schedule delivered by the Borrower pursuant to Section 3.11, including, without limitation, amounts payable to the Agents and the Lenders.

"**Transactions**" means, collectively, (a) the consummation of the transactions contemplated under this Agreement, (b) the repayment in full of the obligations owing to the lenders under the Existing Indebtedness, and (c) the termination of the Existing Indebtedness and all Liens associated therewith.

"**Trigger Date Events**" means the (i) the Total Debt LTV Ratio, calculated as of such date, is less than to 15%; (ii) the aggregate outstanding principal amount of the Loans on such date shall be less than fifty percent (50%) of the aggregate outstanding principal amount of the Loans on the Effective Date; and (iii) no Default or Event of Default has occurred and is occurring.

"**Unimproved Lots**" means an unimproved portion of the Real Property Collateral approved by the Master Plans for sale for commercial or residential purposes.

"**UCC**" means the Uniform Commercial Code (or any successor statute) as adopted and in force in the State of New York or, when the laws of any other state govern the method or manner of the perfection or enforcement of any security interest in any of the Collateral, the Uniform Commercial Code (or any successor statute) of such state.

"**Village Plaza**" means the portion of the Real Property Collateral comprising a 6-building condominium project comprising 129 Residential Units located approximately in the center of the Project, as more particularly described on Exhibit X attached hereto.

## 1.2   Defined Terms; Accounting Terms; Utilization of GAAP for Purposes of Calculations Under Agreement.

**A.**   The definitions of terms herein shall apply equally to the singular and plural forms of the terms defined. Whenever the context may require, any pronoun shall include the corresponding masculine, feminine and neuter forms. The words "include", "includes" and "including" shall be deemed to be followed by the phrase "without limitation". The word "will" shall be construed to have the same meaning and effect as the word "shall". Unless the context requires otherwise (a) any definition of or reference to any agreement, instrument or other document herein shall be construed as referring to such agreement, instrument or other document as from time to time amended, restated, amended and restated, supplemented or otherwise Modified (subject to any restrictions on such amendments, supplements or modifications set forth herein), (b) any reference herein to any Person shall be construed to include such Person's successors and assigns, (c) the words "herein", "hereof" and "hereunder", and words of similar import, shall be construed to refer to this Agreement in its entirety and not to any particular provision

29

hereof, (d) all references herein to Sections, Exhibits and Schedules shall be construed to refer to Sections of, and Exhibits and Schedules to, this Agreement (unless expressly referring to another agreement) and (e) the words "asset" and "property" shall be construed to have the same meaning and effect and to refer to any and all Documents, General Intangibles, Goods, Intellectual Property, Investment Related Property, Letter of Credit Rights, Money, Receivables, Receivable Records, Commercial Tort Claims, Material Contracts, and Proceeds therefrom (for purposes of this Section, as each such term is defined in the Security Agreement).

B.       Except as otherwise expressly provided in this Agreement, (a) all accounting terms not otherwise defined herein shall have the meanings assigned to them in conformity with GAAP; and (b) financial statements and other information required to be delivered by the Borrower to the Lenders pursuant to clauses (ii), (iii) and (xvii) of Section 5.3 shall be prepared in accordance with GAAP (except, with respect to interim financial statements, for the absence of normal year-end audit adjustments and explanatory footnotes) as in effect at the time of such preparation (and delivered together with the reconciliation statements provided for in Section 5.3(v)). Calculations in connection with the definitions, covenants and other provisions of this Agreement shall utilize accounting principles and policies in conformity with those used to prepare the financial statements of the Borrower referred to in Section 4.14A; provided that should such accounting principles and policies change, the Borrower, the Administrative Agent, and the Lenders shall negotiate in good faith to amend the financial definitions and related covenants in conformity therewith.

## SECTION 2.
## AMOUNTS AND TERMS OF COMMITMENTS AND LOANS

**2.1**      Tranche A Credit-Linked Deposit Accounts.

A.       **Establishment of Tranche A Credit-Linked Deposit Account and Tranche A Credit-Linked Sub-Accounts**. On or prior to the Effective Date, the Paying Agent shall establish a Tranche A Credit-Linked Deposit Account at Credit Suisse with the title "Tranche A Lenders (Tamarack) Credit-Linked Deposit Account". The Paying Agent shall maintain records enabling it to determine at any time the amount of the interest of each Tranche A Lender in the Tranche A Credit-Linked Deposit Account (the interest of each Tranche A Lender in the Tranche A Credit-Linked Deposit Account, as evidenced by such records, being referred to as such Lender's "**Tranche A Credit-Linked Sub-Account**"). The Paying Agent shall establish such additional Tranche A Credit-Linked Sub-Accounts for assignee Lenders as shall be required pursuant to Section 9.1B(i)(d). No Person (other than the Paying Agent) shall have the right to make any withdrawal from the Tranche A Credit-Linked Deposit Account or to exercise any other right or power with respect thereto. Without limiting the generality of the foregoing, each party hereto acknowledges and agrees that the Tranche A Credit-Linked Deposits are and (subject to the last paragraph of Section 7) will at all times be solely the property of the Tranche A Lenders, that the Tranche A Credit-Linked Deposits shall be used solely in accordance with this Agreement and that no amount on deposit at any time in the Tranche A Credit-Linked Deposit Account shall be the property of any of the Loan Parties, constitute collateral for any Obligations of the Loan Parties under the Loan Documents or otherwise be available in any manner to satisfy any Obligations of any of the Loan Parties under the Loan Documents. Each Tranche A Lender agrees that its right, title and interest in and to the Tranche A Credit-Linked Deposit Account shall be limited to the right to require amounts in its Tranche A Credit-Linked Sub-Account to be applied as provided in Section 2.1C below and that it will have no right to require the return of its Tranche A Credit-Linked Deposit other than as expressly provided in such Section 2.1C (each Tranche A Lender hereby acknowledging that its Tranche A Credit-Linked Deposit constitutes payment for its participations in Tranche A Loans made or to be made hereunder and that the Fronting Bank will be making Tranche A Loans and issuing, amending, renewing and extending Letters of Credit in reliance on the availability of such Lender's Tranche A Credit-Linked Deposit to discharge such

Lender's obligations in accordance with Sections 2.1I and 2.5F). The funding of the Tranche A Credit-Linked Deposits and the agreements with respect thereto set forth in this Agreement constitute arrangements solely among the Paying Agent, the Fronting Bank and the Tranche A Lenders with respect to the funding and reimbursement obligations of the Tranche A Lenders under this Agreement, and do not constitute loans, extensions of credit or other financial accommodations to any Loan Party. No Loan Party shall have any responsibility or liability to the Tranche A Lenders, the Paying Agent or any other Person in respect of the establishment, maintenance, administration or misappropriation of the Tranche A Credit-Linked Deposit Account (or any Tranche A Credit-Linked Sub-Account) or with respect to the investment of amounts held therein, including pursuant to Section 2.1D below.

   **B.** **Deposits in Tranche A Credit-Linked Deposit Account**. The following amounts will be deposited in the Tranche A Credit-Linked Deposit Account at the following times:

    (i)  On the Effective Date, each Tranche A Lender shall deposit in the Tranche A Credit-Linked Deposit Account an amount in Dollars equal to such Lender's Tranche A Funding Amount. Thereafter, the Tranche A Credit-Linked Deposits shall be available, on the terms and subject to the conditions set forth herein, for application pursuant to Sections 2.1I and 2.5F to pay such Lender's Applicable Percentage of (i) the principal of Tranche A Loans that are not paid when due (at stated maturity, by acceleration or otherwise), and (ii) LC Disbursements that are not reimbursed by the Borrower as and when due.

    (ii)  On any date prior to the Tranche A Maturity Date on which the Paying Agent or the Fronting Bank receives any reimbursement payment from the Borrower in respect of an LC Disbursement, or any payment of principal of Tranche A Loans, with respect to which amounts were withdrawn from the Tranche A Credit-Linked Deposit Account to reimburse or pay the Fronting Bank, subject to clause (iii) below, the Paying Agent shall deposit in the Tranche A Credit-Linked Deposit Account, and credit to the Tranche A Credit-Linked Sub-Accounts of the Tranche A Lenders, the portion of such reimbursement or other payment to be deposited therein, in accordance with Sections 2.1I and 2.5F.

    (iii)  If at any time when any amount is required to be deposited in the Tranche A Credit-Linked Deposit Account under clause (ii) above the sum of such amount and the aggregate amount of the Tranche A Credit-Linked Deposits at such time would exceed the higher of the total aggregate Tranche A Funding Amounts and the Tranche A Exposure, then such excess shall not be deposited in the Tranche A Credit-Linked Deposit Account and the Paying Agent shall instead pay to each Tranche A Lender its Applicable Percentage of such excess.

    (iv)  Concurrently with the effectiveness of any assignment by any Tranche A Lender of all or any portion of its Tranche A Funding Amount, the Paying Agent shall transfer into the Tranche A Credit-Linked Sub-Account of the assignee the corresponding portion of the amount on deposit in the assignor's Tranche A Credit-Linked Sub-Account in accordance with Section 9.1(B)(i)(d).

   **C.** **Withdrawals From and Closing of Tranche A Credit-Linked Deposit Account**. Each Tranche A Lender irrevocably and unconditionally agrees that its deposit in the Tranche A Credit-Linked Deposit Account shall be withdrawn and distributed (or transferred, in the case of clause (v) below) as follows:

    (i)  In the event the Borrower fails to reimburse the Fronting Bank pursuant to Section 2.5F, the Paying Agent shall withdraw from the Tranche A Credit-Linked Deposit Account the amount of such unreimbursed LC Disbursement (and debit the Tranche A Credit-

31

Linked Deposit Sub-Account of each Tranche A Lender in the amount of such Tranche A Lender's Applicable Percentage of such unreimbursed Disbursement) and make such amount available to the Fronting Bank in accordance with Section 2.5F and each of the Tranche A Funding Amount and the Tranche A LC Exposure shall be reduced by such amount.

(ii)       In the event the Borrower fails to pay when due (at stated maturity, by acceleration or otherwise) any principal of any Tranche A Loan, the Paying Agent shall withdraw from the Tranche A Credit-Linked Deposit Account (and debit each Lender's Tranche A Credit-Linked Deposit Sub-Account in the amount of) such Lender's Applicable Percentage of the amount of such principal not paid when due and the Tranche A Funding Amount shall be reduced by such amount.

(iii)       At any time and from time to time, if the Fronting Bank, in its sole discretion, directs the Paying Agent to withdraw an amount from the Tranche A Credit-Linked Deposit Account sufficient to repay all outstanding Tranche A Loans or any portion thereof, the Paying Agent shall withdraw from the Tranche A Credit-Linked Deposit Account (and debit each Lender's Tranche A Credit-Linked Deposit Sub-Account in the amount of) such Lender's Applicable Percentage of such amount so directed and the Tranche A Funding Amount shall be reduced by such amount. Additionally, the Fronting Bank, in its sole discretion, may direct the Paying Agent to fund a Tranche A Loan directly with amounts on deposit in the Tranche A Credit-Linked Deposit Account (and such Tranche A Loan shall immediately become a Funded Tranche A Loan as set forth in clause (iv)).

(iv)       Upon the withdrawal of any amounts on deposit in the Tranche A Credit-Linked Deposit Account pursuant to clause (C)(i), (ii) or (iii), each Tranche A Lender shall be deemed to have made a loan (relative to each Tranche A Lender, its "**Funded Tranche A Loan**") to the Borrower in an amount equal to such Tranche A Lender's Applicable Percentage of the amount withdrawn from the Tranche A Credit-Linked Deposit Account. The Borrower may elect to have Funded Tranche A Loans accrue as Eurodollar Rate Loans or Base Rate Loans as further set forth in Section 2.6D. The Borrower may repay Funded Tranche A Loans by making deposits into the Tranche A Credit-Linked Deposit Account, which, so long as no Event of Default has occurred and is continuing, will not cause a reduction in the Tranche A Funding Amount.

(v)       Concurrently with the effectiveness of any assignment by any Tranche A Lender of all or any portion of its Tranche A Funding Amount, the corresponding portion of the assignor's Tranche A Credit-Linked Sub-Account shall be transferred from the assignor's Tranche A Credit-Linked Sub-Account to the assignee's Tranche A Credit-Linked Sub-Account in accordance with Section 9.1B and, if required by Section 9.1B, the Paying Agent shall close such assignor's Tranche A Credit-Linked Sub-Account.

(vi)       Upon the reduction of each of the Tranche A Funding Amount and the Tranche A LC Exposure to zero, the Paying Agent shall withdraw from the Tranche A Credit-Linked Deposit Account and pay to each Tranche A Lender the entire remaining amount of such Lender's Tranche A Credit-Linked Deposit, and shall close the Tranche A Credit-Linked Deposit Account.

Each Tranche A Lender irrevocably and unconditionally agrees that its Tranche A Credit-Linked Deposit may be applied or withdrawn from time to time as set forth in this Section 2.1C.

**D.       Deposit Earnings.** Each of the Paying Agent, the Fronting Bank and each Tranche A Lender hereby acknowledges and agrees that (i) each Tranche A Lender is funding its Tranche A Credit-

32

Linked Deposit to the Paying Agent for application in the manner contemplated by Sections 2.11 and 2.5F, (ii) the Paying Agent has agreed to invest the Tranche A Credit-Linked Deposits in such investments as may be determined from time to time by the Paying Agent in its discretion and (iii) the Paying Agent shall pay to the Tranche A Lenders a return on such Tranche A Credit Linked Deposit (except during periods when such Tranche A Credit-Linked Deposits are used to cover unreimbursed LC Disbursements or Tranche A Loans that have not been repaid when due (at stated maturity, by acceleration or otherwise)) equal at any time to (x) the Eurodollar Base Rate for a three-month interest period (provided, however that the initial Interest Period shall be the period commencing on the Effective Date and ending on June 30, 2006) minus (y) 10 basis points. Such interest will be paid to the Tranche A Lenders by the Paying Agent in arrears on each day on the last day of the interest period applicable to such Tranche A Credit Linked Deposit (which corresponds to the date on which fees are due and payable to the Tranche A Lenders under Section 2.7). Any amounts earned and received with respect to Tranche A Credit-Linked Deposits during any applicable Interest Period in excess of the Eurodollar Base Rate for the Interest Period in effect shall be for the account of the Paying Agent. No Person other than the Paying Agent shall have any obligation under or in respect of this clause. Notwithstanding anything to the contrary in this Agreement, the Borrower shall not be liable for any losses due to (i) the misappropriation of any Tranche A Credit-Linked Deposit or return thereon or (ii) the failure of the Paying Agent to pay a return to any Tranche A Lender (it being understood and agreed for greater certainty that this clause shall not limit any obligation of the Borrower hereunder to pay any fees pursuant to Section 2.7, repay any Tranche A Loan or Funded Tranche A Loan). Neither the Paying Agent, the Fronting Bank nor any other Person guarantees any rate of return on the investment of any Tranche A Credit-Linked Deposit held in the Tranche A Credit-Linked Deposit Account.

   **E.**   **Sufficiency of Deposits to Provide for Tranche A Exposure.** Notwithstanding any other provision of this Agreement, no Tranche A Loan shall be made, and no Letter of Credit shall be issued or any Stated Amount of any Letter of Credit increased, if after giving effect thereto the aggregate amount of the Tranche A Exposures would exceed the aggregate amount of the Tranche A Credit-Linked Deposits.

   **F.**   **Satisfaction of Lender Funding Obligations.** The Borrower and the Fronting Bank acknowledge and agree that, notwithstanding any other provision contained herein (but without limiting the obligations of any Tranche A Lender under Section 9.2C), the deposit by each Tranche A Lender in the Tranche A Credit-Linked Deposit Account on the Effective Date of funds equal to its Tranche A Funding Amount will fully discharge the obligation of such Lender to fund Loans by such Lender pursuant to Section 2.2 and to reimburse such Lender's Applicable Percentage of LC Disbursements that are not reimbursed by the Borrower pursuant to Section 2.5F, and that no other or further payments shall be required to be made by any Tranche A Lender in respect of any such funding or reimbursement obligations.

   **G.**   **Security.** Each Tranche A Lender hereby grants to the Fronting Bank a first priority security interest in such Tranche A Lender's Tranche A Credit-Linked Deposit to secure the obligations of such Tranche A Lender under Section 2.11 and 2.5F.

   **H.**   **Fronting Bank Insecure.** If the Fronting Bank is enjoined from taking any action referred to in Section 2.1C, or if the Fronting Bank reasonably determines that, by operation of law, it may reasonably be precluded from taking any such action, or if any Loan Party or Tranche A Lender challenges in any legal proceeding any of its respective acknowledgements, agreements or characterizations set forth in Section 2.1A, then, in any such case (and so long as such event or condition shall be continuing), and notwithstanding anything contained herein to the contrary, the Fronting Bank shall not be required to make any Tranche A Loan or to issue, renew or extend any Letter of Credit.

33

**CREDIT AGREEMENT**

I.       **Reimbursement of Fronting Bank**.  If the Borrower fails to pay when due (at stated maturity, by acceleration or otherwise) any principal of any Tranche A Loan, the Fronting Bank shall direct the Paying Agent to withdraw from the Tranche A Credit-Linked Deposit Account (and debit each Tranche A Lender's Tranche A Credit-Linked Sub-Account in the amount of) such Lender's Applicable Percentage of the amount of such principal not paid when due.  Promptly following receipt by the Paying Agent of any payment from the Borrower of principal of Tranche A Loans, the Paying Agent shall distribute such payment to the Fronting Bank or, to the extent that amounts have been withdrawn from the Tranche A Credit-Linked Deposit Account to make any payment pursuant to this paragraph to the Fronting Bank, then such payment shall be deposited in the Tranche A Credit-Linked Deposit Account (and credited to each Tranche A Lender's Tranche A Credit-Linked Sub-Account in the amount of such Lender's Applicable Percentage of such deposit).  Any payment made with amounts withdrawn from the Tranche A Credit-Linked Deposit Account to pay the Fronting Bank for any defaulted principal payment shall constitute the funding by the respective Tranche A Lender of its participation in the related Tranche A Loan and shall not constitute a new Loan or relieve the Borrower of its obligation to pay such principal.

## 2.2    Commitments; Loans.

A.       **Tranche B Loans**.  Subject to the terms and conditions of this Agreement, each of the Tranche B Lenders agrees to make on the Effective Date a Loan in the amount equal to its Tranche B Loan Commitment.  The Borrower may make one borrowing under the Tranche B Loan Commitment.  As described below, the Tranche B Loans will be disbursed to the Borrower on the Effective Date for the payment of the Existing Indebtedness, accounts payable identified on Schedule 2.9 and Transactions Costs, with the remainder to be deposited into the Development Reserve Account for the purposes contemplated herein.  Each Tranche B Loan Commitment shall terminate immediately and without further action after giving effect to the making of the Tranche B Loans.  The proceeds of the Tranche B Loans shall be used for the purposes identified in Section 2.9A.  Tranche B Loans, once repaid or prepaid, may not be reborrowed.

B.       **Tranche A Loans**.

(i)       Subject to the terms and conditions of this Agreement, the Fronting Bank shall, from time to time, but no more frequently than once per Fiscal Quarter (except as provided in Section 2.4E below), during the Tranche A Availability Period upon receipt of a Request for Loan from the Borrower, make one or more Tranche A Loans to the Borrower in an aggregate principal amount that will not result in the total Tranche A Exposures exceeding the lesser of the aggregate balance of the Tranche A Credit-Linked Deposit Account (excluding any portion of the Tranche A Credit-Linked Deposit Account attributable to interest) or the total Tranche A Funding Amounts, provided that the Tranche A Loan Borrowing Conditions have been satisfied.  Within the foregoing limits and subject to satisfaction of the Tranche A Loan Borrowing Conditions and the terms and conditions set forth herein, the Borrower may borrow, prepay and reborrow Tranche A Loans in accordance with the procedures set forth herein.

(ii)       By the making of a Tranche A Loan, and without any further action on the part of the Fronting Bank or the Lenders, the Fronting Bank hereby grants to each Tranche A Lender, and each Tranche A Lender hereby acquires from the Fronting Bank, a participation in such Loan equal to such Lender's Applicable Percentage of the principal amount thereof.  Each Tranche A Lender acknowledges and agrees that its obligation to acquire participations pursuant to this Section in respect of Tranche A Loans is absolute and unconditional and shall not be affected by any circumstance whatsoever, including the occurrence and continuance of a Default or, subject to Section 2.1F, reduction or termination of the Tranche A Funding Amounts.

34

(iii)        In consideration and in furtherance of the foregoing, each Tranche A Lender hereby absolutely and unconditionally authorizes and directs the Paying Agent to withdraw from the Tranche A Credit-Linked Deposit Account (and debit such Lender's Tranche A Credit-Linked Sub-Account in the amount of) such Lender's Applicable Percentage of the principal amount of each Tranche A Loan not paid when due (whether at stated maturity, acceleration or otherwise), or of any payment of principal of any Tranche A Loan required to be refunded to the Borrower for any reason (it being understood and agreed that each Tranche A Lender's obligations in respect of participations in Tranche A Loans shall be payable solely from, and limited to, such Lender's Tranche A Credit-Linked Deposit).

**C.        Termination and Reduction of Commitments Under Tranche A Loans; Return of Tranche A Credit-Linked Deposits.**

(i)        Unless previously terminated or reduced, the Tranche A Funding Amounts shall terminate and be reduced to zero on the Tranche A Maturity Date. If any Letter of Credit remains outstanding on the Tranche A Maturity Date, the Borrower will deposit with the Paying Agent an amount in cash equal to 105% of the aggregate undrawn amount of such Letter of Credit to secure the Borrower's reimbursement obligations with respect to any drawings that may occur thereunder. Subject only to the Borrower's compliance with its obligations under the preceding sentence, any amount of the Tranche A Credit-Linked Deposits held in the Tranche A Credit-Linked Deposit Account will be returned to the Tranche A Lenders on the Tranche A Maturity Date ratably in accordance with their Applicable Percentages of the total Tranche A Credit-Linked Deposits for all Tranche A Lenders.

(ii)        The Borrower may, from and after the date on which the Trigger Date Events shall have occurred and be continuing, terminate, or reduce, the Tranche A Funding Amounts; provided that (i) each reduction of the Tranche A Funding Amounts shall be in an amount that is an integral multiple of $500,000 and not less than $1,000,000, (ii) the Borrower shall not terminate or reduce any Tranche A Funding Amounts, if, after giving effect to such reduction and any concurrent prepayment of the Loans in accordance with Section 2.8, the aggregate Tranche A Exposure would exceed the aggregate Tranche A Funding Amounts and (iii) if any Loans are then outstanding, the sum of (A) Cash Collateral, plus (B) the amount of Tranche A Loans available to be made to the Borrower in accordance with this Agreement is greater than $50,000,000. In the event the aggregate Tranche A Funding Amounts shall be reduced as provided in the preceding sentence, the Paying Agent will return all amounts in the Tranche A Credit-Linked Deposit Account in excess of the reduced aggregate Tranche A Credit-Linked Deposits corresponding to the reduced Tranche A Funding Amounts to the Tranche A Lenders, ratably in accordance with their Applicable Percentages of the Tranche A Funding Amounts. Any such reduction of the Tranche A Funding Amounts and Tranche A Credit-Linked Deposits shall be subject to the provisions of Section 2.11.

(iii)        The Borrower shall notify the Paying Agent and the Administrative Agent of any election to terminate or reduce the Tranche A Funding Amounts or the aggregate Tranche A Credit-Linked Deposits under this Section 2.2 at least three (3) Business Days prior to the effective date of such termination or reduction (or as soon as practicable but in any event no later than such effective date), specifying such election and the effective date thereof. Promptly following receipt of any notice, the Administrative Agent shall advise the Tranche A Lenders of the contents thereof. Each notice delivered by the Borrower pursuant to this Section shall be irrevocable. Any termination or reduction of the Tranche A Funding Amounts or the aggregate Tranche A Credit-Linked Deposits shall be permanent.

35

**CREDIT AGREEMENT**

**2.3**   **Disbursement Procedures for Tranche B Loans**.

   **A.**   **Disbursement Authorization**.  For the Tranche B Loans, the Borrower shall deliver to the Administrative Agent a Disbursement Authorization no later than 11:00 a.m. (New York time), at least one (1) Business Day in advance of the Effective Date.  In lieu of delivering the above-described Disbursement Authorization, the Borrower may give the Administrative Agent telephonic notice by the required time of any proposed borrowing under this Section 2.3A; provided that such notice shall be promptly confirmed in writing by delivery of a Disbursement Authorization to the Administrative Agent on or before the Effective Date.  Upon Administrative Agent's receipt of the Disbursement Authorization, Administrative Agent will be fully authorized to fund the Tranche B Loans.

   The Borrower shall notify the Administrative Agent prior to the funding of any Loans in the event that any of the matters to which the Borrower is required to certify in the applicable Disbursement Authorization are no longer true and correct as of the Effective Date or the requested Disbursement Date, and the acceptance by the Borrower of the proceeds of any Loans shall constitute a re-certification by the Borrower, as of the Effective Date or the requested Disbursement Date, as to the matters to which the Borrower is required to certify in the applicable Disbursement Authorization.

   **B.**   **Disbursement Procedures for Tranche B Loans**.  The Tranche B Loans shall be made by the Lenders in the amounts of their respective Tranche B Loan Commitments, it being understood that no Lender shall be responsible for any default by any other Lender in that other Lender's obligation to make a Loan requested hereunder nor shall the Commitment of any Lender to make the particular type of Loan requested be increased or decreased as a result of a default by any other Lender in that other Lender's obligation to make a Loan requested hereunder.

   Each Lender shall make the amount of its Loan available to the Administrative Agent not later than 2:00 pm (New York time) on the Effective Date in same day funds at the Funding and Payment Office.  Unless the Administrative Agent shall have received written notice to the contrary prior to the Effective Date, the Administrative Agent may assume that each Lender will fund its respective Loan Commitment and may, in reliance upon such assumption, distribute to the Borrower the amount of each such Loan Commitment.  In such event, if any Lender does not in fact fund its respective Loan Commitment, then such Lender and the Borrower severally agrees to repay to the Administrative Agent forthwith on demand the amount so distributed by the Administrative Agent to the Borrower, with interest thereon as computed in accordance with this Agreement, for each day from and including the date such amount is distributed to the Borrower to the date of payment to the Administrative Agent.

   Upon satisfaction or waiver of the conditions precedent specified in Section 3.1, the Administrative Agent shall make the proceeds of the Tranche B Loans available to the Borrower on the Effective Date by causing an amount of same day funds equal to the proceeds of all such Tranche B Loans received by the Administrative Agent from the Lenders to be credited pursuant to the terms of the Disbursement Request for payment of the Existing Indebtedness, certain accounts payable listed on Schedule 2.9 and Transaction Costs with the remainder to be deposited into the Company's Operating Account and the Development Reserve Account as set forth in the Disbursement Request.

   **C.**   **Tranche B Notes**.  The Borrower shall execute and deliver on the Effective Date to each Lender requesting the same (or to the Administrative Agent for that Lender) a Note substantially in the form of Exhibit V annexed hereto to evidence that Lender's Loan.  Any Lender not receiving a Note may request at any time that the Borrower issue it such Note on the terms set forth herein, and the Borrower agree to issue such Note promptly upon the request of a Lender.  The Notes and the Obligations evidenced thereby shall be governed by, subject to and benefit from all of the terms and conditions of this Agreement and the other Loan Documents and shall be secured by the Collateral, provided, however, that

the Register shall be determinative as to the identity of the Lenders hereunder and the principal amounts of the Loans owing to each Lender from time to time.

**2.4     Disbursement Procedures for Tranche A Loans**.

     **A.     Minimum Amounts**.  Each Borrowing shall be in an aggregate amount of at least $1,000,000 or an integral multiple of $500,000 in excess of that; _provided that_ a Base Rate Borrowing may be in an aggregate amount that is equal to the entire unused balance of the Tranche A Funding Amount.

     **B.     Limitations on Interest Periods**.  The initial Interest Period for any Tranche A Loan that is a Eurodollar Rate Loan shall commence of the date of such Borrowing and expire, at the Borrower's option, upon prior written notification to the Fronting Bank (with a copy to the Administrative Agent) at the time of such Borrowing, either (i) the last Business Day of the succeeding calendar quarter ending March, June, September and December, as applicable, or (ii) the date on which such Interest Period would expire pursuant to Section 2.6B.  Each successive Interest Period shall commence on the date on which the next preceding Interest Period expires.  Notwithstanding any other provision of this Agreement, the Borrower shall not be entitled to request (or to elect to convert to or continue as a Eurodollar Borrowing) any Tranche A Borrowing if the Interest Period requested therefor would end after the Tranche A Maturity Date.

     **C.     Requests for Borrowings**.  To request a Borrowing, the Borrower shall notify the Fronting Bank (with a copy to the Administrative Agent) of such request by telephone in the case of a Tranche A Eurodollar Borrowing or a Tranche A Base Rate Borrowing, not later than 11:00 a.m. (New York time), at least one (1) Business Day in advance of a Base Rate Borrowing and at least three (3) Business Days in advance of a Eurodollar Borrowing, but in no event more frequently than once per Fiscal Quarter, except as otherwise provided in Section 2.4E below.  Each such telephonic request for a Tranche A Loan shall be irrevocable and shall be confirmed promptly by hand delivery or telecopy to the Paying Agent of a Request for Loan signed by the Borrower.   In connection with the Borrower's obligation under Section 2.5F to reimburse the Fronting Bank for each LC Disbursement on the date thereof, the Borrower shall be deemed to have furnished a timely, duly completed Request for Loan for a Tranche A Base Rate Borrowing to be made on such date, in an amount equal to the amount of such LC Disbursement, the proceeds of which shall be applied directly to such obligation.  Each telephonic request for a Tranche A Loan and written Request for Loan shall specify the following information and otherwise comply with Section 3.2:

          (i)     the aggregate amount of the requested Borrowing;

          (ii)     the date of such Borrowing, which shall be a Business Day;

          (iii)     whether such Borrowing is to be an Base Rate Borrowing or a Eurodollar Borrowing;

          (iv)     in the case of a Eurodollar Borrowing, the Interest Period therefor, which shall be a period contemplated by the definition of the term "Interest Period" and  permitted under this Agreement;

          (v)     the location and number of the Borrower's account to which funds are to be disbursed, which shall comply with the requirements of this Agreement and be subject to a Control Agreement in favor of the Collateral Agent; and

(vi)         evidence of Borrower's satisfaction with the Tranche A Loan Borrowing Conditions.

**D.     Failure to Elect.** If no election as to the type of a Borrowing is specified, then the requested Borrowing shall be a Base Rate Borrowing. If no Interest Period is specified with respect to any requested Eurodollar Borrowing, then the Interest Period shall be one month.

**E.     Disbursement Procedures for Tranche A Loans.** The Fronting Bank shall make each Tranche A Loan to be made by it hereunder on the date requested in the applicable Request for Loan by wire transfer of immediately available funds by 12:00 noon, New York City time, to the account of the Borrower, as designated in the Request for Loan. Notwithstanding anything to the contrary contained herein, in no event shall the Fronting Bank or the Paying Agent be required to make or make available Tranche A Loans more frequently than once per Fiscal Quarter or, upon the occurrence of unanticipated events or expenses in connection with the Project (and receipt of a narrative explanation of same from Borrower), but in no event more frequently than once per calendar month.

## 2.5    Letters of Credit

**A.     General.** Subject to the terms and conditions set forth herein, in addition to the Loans provided for in Section 2.2, the Borrower may request the Fronting Bank to issue (or to cause a licensed Affiliate to issue), and the Fronting Bank shall issue (or shall cause to be issued), at any time and from time to time during the period commencing on the Effective Date and ending on the date that is 30 days prior to the Tranche A Maturity Date, one or more standby letters of credit (each, a "**Letter of Credit**") in such form as is acceptable to the Fronting Bank in its reasonable determination (including, without limitation, "auto-renewal" letters of credit); provided that the Fronting Bank shall not be under any obligation to issue (or cause to be issued) any Letter of Credit if the issuance of such Letter of Credit would violate one or more policies of the Fronting Bank generally applicable to the issuance of letters of credit. All Letters of Credit issued (or caused to be issued) hereunder by the Fronting Bank shall be issued for the account of the Borrower as the named account party thereon. Letters of Credit issued hereunder shall constitute utilization of the Tranche A Funding Amounts.

**B.     Notice of Issuance, Amendment, Renewal or Extension.** To request the issuance of a Letter of Credit (or the amendment, renewal or extension of an outstanding Letter of Credit), the Borrower shall hand deliver or telecopy (or transmit by electronic communication, if arrangements for doing so have been approved by the Fronting Bank) to the Fronting Bank with a copy to the Administrative Agent (other than the Letters of Credit requested prior to the date hereof, not later than 11:00 a.m. on the fourth Business Day preceding the requested date of issuance, amendment, renewal or extension) a notice requesting the issuance of a Letter of Credit, or identifying the Letter of Credit to be amended, renewed or extended, and specifying the date of issuance, amendment, renewal or extension (which shall be a Business Day), the date on which such Letter of Credit is to expire (which shall comply with Section D below), the amount of such Letter of Credit, the name and address of the beneficiary thereof and such other information as shall be necessary to prepare, amend, renew or extend such Letter of Credit. If requested by the Fronting Bank, the Borrower also shall submit a letter of credit application on the Fronting Bank's standard form in connection with any request for a Letter of Credit. In the event of any inconsistency between the terms and conditions of this Agreement and the terms and conditions of any form of letter of credit application or other agreement submitted by the Borrower to, or entered into by the Borrower with, the Fronting Bank relating to any Letter of Credit, the terms and conditions of this Agreement shall control. The Fronting Bank shall promptly notify the Administrative Agent of any Letters of Credit issued, amended, renewed or extended by it hereunder and shall deliver a report (in form and substance reasonably acceptable to the Administrative Agent) on the last Business Day of each month after the Effective Date detailing its letter of credit activity under this Agreement; provided that if the last

38

Business Day of such month coincides with the end of a Fiscal Quarter, such report shall be delivered five Business Days prior to the last day of such Fiscal Quarter, and the Fronting Bank shall promptly provide an update report to the Paying Agent of any letter of credit activity under this Agreement during such five Business Day period.

      **C.**     **Limitations on Amounts**. A Letter of Credit shall be issued, amended, renewed or extended only if (and upon issuance, amendment, renewal or extension of each Letter of Credit the Borrower shall be deemed to represent and warrant that), after giving effect to such issuance, amendment, renewal or extension the total Tranche A LC Exposure shall not exceed $20,000,000.

      **D.**     **Expiration Date**. Each Letter of Credit shall expire (or provide that the Fronting Bank shall have the option to refuse to renew such Letter of Credit) at or prior to the close of business on the earlier of (i) the date twelve months (or such longer period as the Fronting Bank may agree) after the date of the issuance of such Letter of Credit (or, in the case of any renewal or extension thereof, twelve months (or such longer period as the Fronting Bank may agree) after the then-current expiration date of such Letter of Credit, so long as such renewal or extension occurs within three months of such then-current expiration date), and (ii) the date that is five Business Days prior to the Tranche A Maturity Date.

      **E.**     **Participations**. By the issuance of a Letter of Credit (or an amendment to a Letter of Credit increasing the amount thereof) by the Fronting Bank (or an Affiliate thereof), and without any further action on the part of the Fronting Bank or the Lenders, the Fronting Bank hereby grants to each Tranche A Lender, and each Tranche A Lender hereby acquires from the Fronting Bank, a participation in such Letter of Credit equal to such Lender's Applicable Percentage of the aggregate amount available to be drawn under such Letter of Credit. Each Tranche A Lender acknowledges and agrees that its obligation to acquire participations pursuant to this paragraph in respect of Letters of Credit is absolute and unconditional and shall not be affected by any circumstance whatsoever, including any amendment, renewal or extension of any Letter of Credit or the occurrence and continuance of a Default or, subject to Section 2.1F, reduction or termination of the Tranche A Funding Amounts.

      In consideration of and in furtherance of the foregoing, each Tranche A Lender hereby absolutely and unconditionally authorizes and directs the Paying Agent to withdraw from the Tranche A Credit-Linked Deposit Account (and debit such Lender's Tranche A Credit-Linked Sub-Account in the amount of) such Lender's Applicable Percentage of each LC Disbursement made by the Fronting Bank and not reimbursed by the Borrower on the date due as provided in subjection F below, or of any reimbursement payment required to be refunded to the Borrower for any reason (it being understood and agreed that each Tranche A Lender's obligations in respect of participations in Letters of Credit shall be payable solely from, and limited to, such Lender's Tranche A Credit-Linked Deposit).

      **F.**     **Reimbursement**. If the Fronting Bank shall make any LC Disbursement in respect of a Letter of Credit, the Borrower shall reimburse the Fronting Bank in respect of such LC Disbursement by paying to the Paying Agent an amount equal to such LC Disbursement on the date of such disbursement.

      If the Borrower fails to make such payment when due and the Borrower is not entitled to make a Borrowing in the amount of such payment, the Paying Agent shall notify the Administrative Agent who will notify each Tranche A Lender of the applicable LC Disbursement, the payment then due from the Borrower in respect thereof and such Lender's Applicable Percentage thereof, and the Paying Agent shall withdraw from the Tranche A Credit-Linked Deposit Account (and debit such Lender's Tranche A Credit-Linked Sub-Account in the amount of) such Lender's Applicable Percentage of such LC Disbursement and promptly apply such amount to make payment to the Fronting Bank. Promptly following receipt by the Paying Agent of any payment from the Borrower pursuant to this Section 2.5F, the Paying Agent shall distribute such payment to the Fronting Bank or, to the extent that amounts have

been withdrawn (and credited to each Tranche A Lender's Tranche A Credit-Linked Sub-Account in the amount of such Lender's Applicable Percentage of such deposit) from the Tranche A Credit-Linked Deposit Account to make any payment pursuant to this paragraph to reimburse the Fronting Bank, then such payment shall be deposited in the Tranche A Credit-Linked Deposit Account. Any payment made with amounts withdrawn from the Tranche A Credit-Linked Deposit Account to reimburse the Fronting Bank for any LC Disbursement constitute the funding by the respective Tranche A Lender of its participation in the related Letter of Credit and shall not constitute a Loan or relieve the Borrower of its obligation to reimburse such LC Disbursement.

If any unreimbursed LC Disbursement resulting in a withdrawal from the Tranche A Credit-Linked Deposit Account as provided in the preceding paragraph shall be subsequently reimbursed other than on the last day of an Interest Period for Tranche A Credit-Linked Deposits, the Paying Agent shall invest the amount so reimbursed in overnight or short-term cash equivalent investments until the end of the Interest Period at the time in effect for Tranche A Credit-Linked Deposits and the Borrower shall pay to the Paying Agent, upon the Paying Agent's request therefor, the amount, if any, by which the interest accrued on a like amount of the Tranche A Credit-Linked Deposits at the Eurodollar Base Rate for such Interest Period shall exceed the interest earned through the investment of the amount so reimbursed for the period from the date of such reimbursement through the end of such Interest Period, as determined by the Paying Agent (such determination to be conclusive absent manifest error) and set forth in the request for payment delivered to the Borrower. In the event the Borrower shall fail to pay any amount due under this paragraph, the interest payable by the Paying Agent to the Tranche A Lenders on their Tranche A Credit-Linked Deposits under Section 2.1D shall be correspondingly reduced and the Tranche A Lenders shall without further act succeed, ratably in accordance with their Applicable Percentages, to the rights of the Paying Agent with respect to such amount.

G.     **Obligations Absolute.**  The Borrower's obligation to reimburse LC Disbursements as provided in Section 2.5F above shall be absolute, unconditional and irrevocable, and shall be performed strictly in accordance with the terms of this Agreement under any and all circumstances whatsoever and irrespective of (i) any lack of validity or enforceability of any Letter of Credit, or any term or provision therein, (ii) any draft or other document presented under a Letter of Credit proving to be forged, fraudulent or invalid in any respect or any statement therein being untrue or inaccurate in any respect, (iii) payment by the Fronting Bank under a Letter of Credit against presentation of a draft or other document that does not comply strictly with the terms of such Letter of Credit, and (iv) any other event or circumstance whatsoever, whether or not similar to any of the foregoing, that might, but for the provisions of this Section, constitute a legal or equitable discharge of the Borrower's obligations hereunder.

Neither the Paying Agent, the Tranche A Lenders nor the Fronting Bank, nor any of their Related Parties, shall have any liability or responsibility by reason of or in connection with the issuance or transfer of any Letter of Credit by the Fronting Bank or any payment or failure to make any payment thereunder (irrespective of any of the circumstances referred to in the preceding sentence), or any error, omission, interruption, loss or delay in transmission or delivery of any draft, notice or other communication under or relating to any Letter of Credit (including any document required to make a drawing thereunder), any error in interpretation of technical terms or any consequence arising from causes beyond the control of the Fronting Bank; provided that the foregoing shall not be construed to excuse the Fronting Bank from liability to the Borrower to the extent of any direct damages (as opposed to consequential damages, claims in respect of which are hereby waived by the Borrower to the extent permitted by applicable law) suffered by the Borrower that are caused by the Fronting Bank's gross negligence or willful misconduct when determining whether drafts and other documents presented under a Letter of Credit comply with the terms thereof. The parties hereto expressly agree that:

**CREDIT AGREEMENT**

(i) the Fronting Bank may accept documents that appear on their face to be in substantial compliance with the terms of a Letter of Credit without responsibility for further investigation, regardless of any notice or information to the contrary, and may make payment upon presentation of documents that appear on their face to be in substantial compliance with the terms of such Letter of Credit;

(ii) the Fronting Bank shall have the right, in its sole discretion, to decline to accept such documents and to make such payment if such documents are not in strict compliance with the terms of such Letter of Credit; and

(iii) this sentence shall establish the standard of care to be exercised by the Fronting Bank when determining whether drafts and other documents presented under a Letter of Credit comply with the terms thereof (and the parties hereto hereby waive, to the extent permitted by applicable law, any standard of care inconsistent with the foregoing).

**H.     Disbursement Procedures.**  The Fronting Bank shall, within a reasonable time following its receipt thereof, examine all documents purporting to represent a demand for payment under a Letter of Credit.  The Fronting Bank shall promptly after such examination notify the Paying Agent and the Borrower by telephone (confirmed by telecopy) of such demand for payment and whether the Fronting Bank has made or will make an LC Disbursement thereunder; provided that any failure to give or delay in giving such notice shall not relieve the Borrower of its obligation to reimburse the Fronting Bank and the Tranche A Lenders with respect to any such LC Disbursement.

**I.     Interim Interest.**  If the Fronting Bank shall make any LC Disbursement, then, unless the Borrower shall reimburse (including through a Borrowing of Tranche A Loans) such LC Disbursement in full on the date such LC Disbursement is made, the unpaid amount thereof shall bear interest, for each day from and including the date such LC Disbursement is made to but excluding the date that the Borrower reimburses such LC Disbursement, as provided in Section 2.6A and Section 2.6E. Interest accrued pursuant to this paragraph shall be for the account of the Fronting Bank, except that interest accrued on and after the date of payment from the Tranche A Credit-Linked Deposit of any Tranche A Lender to reimburse the Fronting Bank shall be for the account of such Tranche A Lender to the extent of such payment.

## 2.6     Interest on the Loans.

**A.     Rate of Interest.**  Subject to the provisions of Sections 2.10 and 2.11, each Loan shall bear interest on the unpaid principal amount thereof from the date made to maturity (whether by acceleration or otherwise) at a rate determined by reference to the Base Rate or the Reserve Adjusted Eurodollar Rate, as the case may be.  The Tranche B Loans shall be made as Base Rate Loans as of the Effective Date  (it being understood that Tranche B Loans may be converted to Eurodollar Rate Loans after the Effective Date in accordance with Section 2.6D).  If on any day any Loan is outstanding with respect to which notice has not been delivered to the Administrative Agent in accordance with the terms of this Agreement specifying the applicable basis for determining the rate of interest, then for that day that Loan shall bear interest determined by reference to the Base Rate.  Subject to the provisions of Sections 2.10 and 2.11 and in addition to the fees payable under Section 2.7 hereof, the Loans shall bear interest through maturity as follows:

(i) if a Base Rate Loan, then at the Base Rate plus the Applicable Base Rate Margin; or

41

(ii)        if a Eurodollar Rate Loan, then at the Reserve Adjusted Eurodollar Rate for the relevant Interest Period plus the Applicable Eurodollar Rate Margin.

**B.        Interest Periods.**  In connection with each Eurodollar Rate Loan, the Borrower may, pursuant to the applicable Notice of Conversion/Continuation select an interest period (each an "**Interest Period**") to be applicable to such Loan, which Interest Period shall be, at the Borrower's option, either a one (1), two (2), three (3) or six (6) month period; provided that:

(i)        the initial Interest Period for any Eurodollar Rate Loan shall commence on the date specified in the applicable Notice of Conversion/Continuation, in the case of a Loan converted to a Eurodollar Rate Loan;

(ii)        in the case of immediately successive Interest Periods applicable to a Eurodollar Rate Loan continued as such pursuant to a Notice of Conversion/Continuation, each successive Interest Period shall commence on the day on which the next preceding Interest Period expires;

(iii)        if an Interest Period would otherwise expire on a day that is not a Business Day, such Interest Period shall expire on the next succeeding Business Day; provided that, if any Interest Period would otherwise expire on a day that is not a Business Day but is a day of the month after which no further Business Day occurs in such month, such Interest Period shall expire on the next preceding Business Day;

(iv)        any Interest Period that begins on the last Business Day of a calendar month (or on a day for which there is no numerically corresponding day in the calendar month at the end of such Interest Period) shall, subject to clause (v) of this Section 2.6B, end on the last Business Day of a calendar month;

(v)        no Interest Period with respect to any portion of the Loans shall extend beyond the Maturity Date for such Loans;

(vi)        the Borrower may not select an Interest Period of longer than one (1) month prior to the end of the period commencing on and including the Effective Date and ending on the earlier of (a) the date on which the Administrative Agent notifies the Borrower that it has concluded its primary syndication of the Loans and the Commitments, and (b) the date which is six (6) months following the Effective Date;

(vii)        there shall be no more than ten (10) Interest Periods outstanding at any time;

(viii)        with respect to a conversion, in the event the Borrower fails to specify an Interest Period for any Eurodollar Rate Loan in the applicable Notice of Conversion/Continuation, the Borrower shall be deemed to have selected an Interest Period of one (1) month; and

(ix)        with respect to a continuation, in the event the Borrower fails to specify an Interest Period for any Eurodollar Rate Loan in the applicable Notice of Conversion/Continuation, the Eurodollar Rate Loan shall automatically be converted to a Base Rate Loan.

42

**CREDIT AGREEMENT**

    **C.**    **Interest Payments**. Subject to the provisions of Section 2.6E below, (i) interest on each Eurodollar Loan shall be payable in arrears on each Interest Payment Date applicable to that Loan and (ii) interest on each Base Rate Loan shall be payable in arrears on the last Business Day of each calendar quarter, and (iii) interest on any Loan shall be payable upon any prepayment of that Loan (to the extent accrued on the amount being prepaid) and at maturity (including final maturity, by acceleration or otherwise). In each case, with respect to interest payable under this Section 2.6, with respect to Tranche A Loans, such interest shall be payable to the Paying Agent for the account of the Tranche A Lenders, except if the Fronting Bank shall make Tranche A Loans or LC Disbursements that are not reimbursed from the Tranche A Credit-Linked Deposits or by the Borrower, then from and after the date of the making of such Tranche A Loan or LC Disbursement, such interest shall accrue for the account of the Fronting Bank.

    **D.**    **Conversion or Continuation**. Subject to the provisions of Section 2.10, the Borrower shall have the option: (i) to convert at any time all or any part of its outstanding Loans equal to $1,000,000 and integral multiples of $500,000 in excess of that amount from Loans bearing interest at a rate determined by reference to one basis to Loans bearing interest at a rate determined by reference to an alternative basis; provided, however, that a Eurodollar Rate Loan may only be converted into a Base Rate Loan on the expiration date of an Interest Period applicable thereto; or (ii) upon the expiration of any Interest Period applicable to a Eurodollar Rate Loan, to continue all or any portion of such Loan equal to $1,000,000 and integral multiples of $500,000 in excess of that amount as a Eurodollar Rate Loan.

    The Borrower shall deliver a Notice of Conversion/Continuation to the Administrative Agent no later than 11:00 a.m. (New York time) at least one (1) Business Day in advance of the proposed conversion date (in the case of a conversion to a Base Rate Loan), and at least three (3) Business Days in advance of the proposed conversion/continuation date (in the case of a conversion to, or a continuation of, a Eurodollar Rate Loan). A Notice of Conversion/Continuation shall specify (i) the proposed conversion/continuation date (which shall be a Business Day), (ii) the amount and type of the Loan to be converted/continued, (iii) the nature of the proposed conversion/continuation, (iv) in the case of a conversion to, or a continuation of, a Eurodollar Rate Loan, the requested Interest Period, and (v) in the case of a conversion to, or a continuation of, a Eurodollar Rate Loan, that no Default or Event of Default has occurred and is continuing. In lieu of delivering the above-described Notice of Conversion/Continuation, the Borrower may give the Administrative Agent irrevocable telephonic notice by the required time of any proposed conversion/continuation under this Section 2.6D; provided that such notice shall be promptly confirmed in writing by delivery of a Notice of Conversion/Continuation to the Administrative Agent on or before the proposed conversion/continuation date.

    Neither the Administrative Agent nor any Lender shall incur any liability to the Borrower in acting upon any telephonic notice referred to above that the Administrative Agent believes in good faith to have been given by a duly authorized officer or other Person authorized to act on behalf of the Borrower or for otherwise acting in good faith under this Section 2.6D, and upon conversion or continuation of the applicable basis for determining the interest rate with respect to any Loans in accordance with this Agreement pursuant to any such telephonic notice, the Borrower shall have effected a conversion or continuation, as the case may be, hereunder.

    Except as otherwise provided in Sections 2.10B, 2.10C and 2.10G, a Notice of Conversion/Continuation for conversion to, or continuation of, any Eurodollar Rate Loan (or telephonic notice in lieu thereof) shall be irrevocable, and the Borrower shall be bound to effect a conversion or continuation in accordance therewith.

    **E.**    **Post-Default Interest**. Upon the occurrence and during the continuation of any Event of Default, if requested by the Requisite Lenders, the outstanding principal amount of all Loans and, to the

**CREDIT AGREEMENT**

extent permitted by applicable law, any interest payments thereon not paid when due and any fees and other amounts then due and payable hereunder, shall thereafter bear interest (including post-petition interest in any proceeding under the Bankruptcy Code, or other applicable bankruptcy or insolvency laws) payable upon demand at a rate that is 2% per annum in excess of the interest rate otherwise payable under this Agreement with respect to the applicable Loans (or, in the case of any such fees and other amounts, at a rate which is 2% per annum in excess of the interest rate otherwise payable under this Agreement for Loans bearing interest at a rate determined by reference to the Base Rate); provided that, in the case of Eurodollar Rate Loans, upon the expiration of the Interest Period in effect at the time any such increase in interest rate is effective such Eurodollar Rate Loans shall thereupon become Base Rate Loans and shall thereafter bear interest payable upon demand at a rate equal to 2% per annum in excess of the interest rates otherwise payable under this Agreement for Base Rate Loans.  Payment or acceptance of the increased rates of interest provided for in this Section 2.6E is not a permitted alternative to timely payment and shall not constitute a waiver of any Event of Default or otherwise prejudice or limit any rights or remedies of the Administrative Agent or any Lender.

**F.**    **Computation of Interest**.  Interest on Loans shall be computed on the basis of a 360-day year (a 365 or 366-day year, as applicable, in the case of Base Rate Loans based on the Prime Rate) and for the actual number of days elapsed in the period during which it accrues.  In computing interest on any Loan, the date of the making of such Loan or the first day of an Interest Period applicable to such Loan or, with respect to a Base Rate Loan being converted from a Eurodollar Rate Loan, the date of conversion of such Eurodollar Rate Loan to such Base Rate Loan, as the case may be, shall be included, and the date of payment of such Loan or the expiration date of an Interest Period applicable to such Loan or, with respect to a Base Rate Loan being converted to a Eurodollar Rate Loan, the date of conversion of such Base Rate Loan to such Eurodollar Rate Loan, as the case may be, shall be excluded; provided that if a Loan is repaid on the same day on which it is made, one day's interest shall be paid on that Loan.

**G.**    **Interest Rate Determination**.

(i)    The Administrative Agent shall give prompt notice to the Borrower and the Lenders of the applicable interest rate determined by the Administrative Agent for purpose of Section 2.6A(i) or (ii).

(ii)    An Interest Period may be less than three (3) months in tenor as provided herein. The Eurodollar Base Rate, which shall be used to calculate interest due on any Advances subject to such Interest Period, shall be determined as follows (all references to "one-month", "two-month" or "three-month" below shall be used as such terms are used in the London interbank Eurodollar market):

(a)    if such Interest Period is equal to or less than one month, the one-month Eurodollar Base Rate then in effect shall be used;

(b)    if such Interest Period is greater than one month but less than two months, the greater of the one-month Eurodollar Base Rate and the two-month Eurodollar Base Rate, in each case then in effect, shall be used;

(c)    if such Interest Period is equal to two months, the two-month Eurodollar Base Rate then in effect shall be used;

(d)    if such Interest Period is greater than two months but less than three months, the greater of the two-month Eurodollar Base Rate and three-month Eurodollar Rate, in each case then in effect, shall be used; and

44

(e)     if such Interest Period is equal to three months, the three-month Eurodollar Base Rate then in effect shall be used.

## 2.7     Fees.

The Borrower agrees to pay the following fees:

**A.     Tranche A Credit-Linked Deposits**.  The Borrower agrees to pay to the Paying Agent on behalf of the Tranche A Lenders on a quarterly basis on the last Business Day of each calendar quarter ending in March, June, September and December of each calendar year for the account of each Tranche A Lender a fee, accruing (subject to Section 2.6E) at the rate of 3.25% on the daily amount of the Tranche A Credit-Linked Deposit of such Tranche A Lender (less the principal amount of the Tranche A Loans held by Tranche A Lenders during such period and not by the Fronting Bank in its capacity as such) during the period from and including the Effective Date to but excluding the date on which each of the Tranche A Funding Amounts of all of the Tranche A Lenders and the Tranche A LC Exposure have been reduced to zero.  In addition, the Borrower agrees to pay to the Paying Agent for the account of each Tranche A Lender an additional amount, accruing at the rate of 0.10% per annum, on the daily amount of the Tranche A Credit-Linked Deposit of such Tranche A Lender during the period from and including the Effective Date hereof to but excluding the date on which each of the Tranche A Funding Amounts of all of the Tranche A Lenders and the Tranche A LC Exposure have been reduced to zero (less the principal amount of the Tranche A Loans held by Tranche A Lenders during such period and not by the Fronting Bank in its capacity as such).  Fees and other amounts under this paragraph accrued to but excluding the Interest Payment Date shall be payable on such Interest Payment Date, and on the date on which each of the Tranche A Funding Amounts of all of the Tranche A Lenders and the Tranche A LC Exposure have been reduced to zero.  All fees payable under this paragraph shall be computed on the basis of a year of 360 days and shall be payable for the actual number of days elapsed (including the first day but excluding the last day).  The foregoing commitment fees shall be payable in arrears on the last Business Day in each of March, June, September and December of each year, commencing on June 30, 2006.

**B.     Other Fees**.  The Borrower agrees to pay to the Administrative Agent, the Collateral Agent and the Paying Agent, for their own respective accounts, fees payable in the amounts and at the times separately agreed upon in writing between the Borrower and each of the Administrative Agent, the Collateral Agent and the Paying Agent.

**C.     General**.  All fees payable hereunder shall be paid on the dates due, in immediately available funds, to the Paying Agent (or to the Fronting Bank, in the case of fees payable to it) for distribution, in the case of fees payable under Section 2.8A, to the Lenders entitled thereto.  Fees paid shall not be refundable under any circumstances.

## 2.8     Repayments and Prepayments; General Provisions Regarding Payments.

**A.     Scheduled Payments of Loans.**

The Borrower shall make principal payments on the Tranche B Loans in installments in amounts equal to a percentage of the Tranche B Loans funded on the Effective Date as set forth below and on the dates set forth below:

45