# Exhibit 5

CREDIT SUISSE FIRST BOSTON
Eleven Madison Avenue
New York, NY 10010

September 8, 2004

PRIVATE AND CONFIDENTIAL

Lake at Las Vegas Joint Venture
1600 Lake Las Vegas Parkway
Henderson, NV 89011

Transcontinental Corporation
$460.0 Million Senior Secured Credit Facilities
Engagement Letter

Gentlemen:

You have advised Credit Suisse First Boston (together with its affiliates, "CSFB") that Lake at Las Vegas Joint Venture and LLV-1, LLC (together, the "Co-Borrowers"), parties to the Lake Las Vegas development (the "LLV Development"), desire to obtain senior secured credit facilities in an aggregate principal amount of $460.0 million on the terms described herein consisting of a first lien term loan (the "First Lien Facility") and a second lien term loan (the "Second Lien Facility" and, together with the First Lien Facility, the "Facilities" or "Term Loans"). A summary of the terms and conditions of the First Lien Facility and the Second Lien Facility is attached hereto as Exhibit A and Exhibit B, respectively. The proceeds of the Facilities will be used to refinance certain existing indebtedness of the Co-Borrowers, to pay fees and expenses associated with the Term Loans, and to finance a $400 million one-time distribution to the partners in the Co-Borrowers (the "Partners").


CONFIDENTIAL

LA\1311193.4

CONFIDENTIAL



This Engagement Letter shall not be assignable by you without the prior written consent of CSFB (and any attempted assignment without such consent shall be null and void), is intended to be solely for the benefit of the parties hereto (and Indemnified Persons), is not intended to confer any benefits upon, or create any rights in favor of, any person other than the parties hereto (and Indemnified Persons) and is not intended to create a fiduciary relationship between the parties hereto. Any and all services to be provided by CSFB hereunder may be

CONFIDENTIAL



4

LA\1311193.4

CSFB is pleased to have been given the opportunity to assist you in connection with the financing contemplated hereby.

Very truly yours,

**CREDIT SUISSE FIRST BOSTON,**
acting through its Cayman Islands Branch

By: _____
Name: Jeffrey A. Cohen
Title: Director

By: _____
Name: James Moran
Title: Director

LA\1311193.4

AGREED AND ACCEPTED
8th day of September, 2004

LAKE AT LAS VEGAS JOINT VENTURE
By: TransNevo Limited Partnership
    By: Transcontinental Properties, Inc.

By: _____
David H. Cox, Senior Vice President

_____
JEFFREY C. BARBAKOW

7.

LA/1311103.4