# Exhibit 6

CREDIT SUISSE FIRST BOSTON
Eleven Madison Avenue
New York, NY 10010

May 6, 2005

**PRIVATE AND CONFIDENTIAL**

Yellowstone Mountain Club LLC
Yellowstone Development LLC
One Yellowstone Club Trail,
P.O. Box 161097,
Big Sky, Montana, 59716

Up to $230.0 Million Senior Secured Credit Facility Engagement Letter

Ladies and Gentlemen:

You have advised Credit Suisse First Boston (together with its affiliates, "**CSFB**", "**we**" or "**us**") that Yellowstone Mountain Club LLC and Yellowstone Development LLC (together, the "**Yellowstone Entities**") desire to obtain an up to $230 million senior secured credit facility (the "**Term Facility Commitments**"), which shall include up to $30 million of synthetic revolver and letter of credit capacity. A summary of the terms and conditions of the Term Facility is attached hereto as Exhibit A (the "**Term Sheet**"); capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Term Sheet). The proceeds of the Term Facility will be used for general corporate purposes, to finance distributions to the members in the Yellowstone Entities (the "**Members**") and to pay fees and expenses associated with the Term Facility.



CONFIDENTIAL

CONFIDENTIAL



This Engagement Letter shall not be assignable by you without the prior written consent of CSFB (and any attempted assignment without such consent shall be null and void), is intended to be solely for the benefit of the parties hereto (and Indemnified Persons), is not intended to confer any benefits upon, or create any rights in favor of, any person other than the parties hereto (and Indemnified Persons) and is not intended to create a fiduciary relationship between the parties hereto. Any and all services to be provided by CSFB hereunder may be

CONFIDENTIAL

CSFB is pleased to have been given the opportunity to assist you in connection with the financing contemplated hereby.

Very truly yours,

**CREDIT SUISSE FIRST BOSTON,**
acting through its Cayman Islands Branch

By: _[signature]_
Name: DAVID MILLER
Title: MD

By: _[signature]_
Name: James S. Finch
Title: Managing Director

**AGREED AND ACCEPTED**
_16_ day of May, 2005

YELLOWSTONE MOUNTAIN CLUB LLC

By: _____

YELLOWSTONE DEVELOPMENT LLC

By: _____

8