# Exhibit 7

| | |
|---|---|
| CREDIT SUISSE SECURITIES (USA) LLC<br>Eleven Madison Avenue<br>New York, NY 10010 | CREDIT SUISSE<br>Eleven Madison Avenue<br>New York, NY 10010 |

CONFIDENTIAL

~~FEBRUARY~~, 2006
March 6th

Tamarack Resort LLC
960 Broadway, Suite 100
Boise, Idaho 83706
Attention: Jonathan Zurkoff

Tamarack Resort LLC:  $~~200~~ 250,000,000[1] Senior Secured Credit Facilities
Engagement Letter

Ladies and Gentlemen:



You have advised Credit Suisse ("**CS**") and Credit Suisse Securities (USA) LLC ("**CS Securities**", and together with CS and CS Securities' other affiliates, "**Credit Suisse**", "**we**" or "**us**") that Tamarack Resort LLC (the "**Borrower**") desires to obtain senior secured credit facilities (the "**Facilities**") on the terms described in the Summary of Principal Terms and Conditions attached hereto as Exhibit A (the "**Term Sheet**") in an aggregate principal amount of up to $~~200~~ 250,000,000. Capitalized terms used but not defined herein having the meanings assigned to such terms in the Term Sheet.



CONFIDENTIAL

---

[1] Proceeds, structure and amounts to be determined in consultation with the Borrower.

NY\1107385.6



CONFIDENTIAL

You acknowledge and agree that (a) no fiduciary, advisory or agency relationship between you and Credit Suisse is intended to be or has been created in respect of any of the transactions contemplated by this Engagement Letter, irrespective of whether Credit Suisse has advised or is advising you on other matters, (b) Credit Suisse, on the one hand, and you, on the other hand, have an arms-length business relationship that does not directly or indirectly give rise to, nor do you rely on, any fiduciary duty on the part of Credit Suisse, (c) you are capable of evaluating and understanding, and you understand and accept, the terms, risks and conditions of the transactions contemplated by this Engagement Letter, (d) you have been advised that Credit Suisse is engaged in a broad range of transactions that may involve interests that differ from your interests and that Credit Suisse has no obligation to disclose such interests and transactions to you by virtue of any fiduciary, advisory or agency relationship, and (e) you waive, to the fullest extent permitted by law, any claims you may have against Credit Suisse for breach of fiduciary duty or alleged breach of fiduciary duty and agree that Credit Suisse shall have no liability (whether direct or indirect) to you in respect of such a fiduciary duty claim or to any person asserting a fiduciary duty claim on behalf of or in right of you, including your stockholders, employees or creditors.

CONFIDENTIAL

NY\1107385.6

Credit Suisse is pleased to have been given the opportunity to assist you in connection with the financing contemplated hereby.

Very truly yours,

CREDIT SUISSE SECURITIES (USA) LLC

By _____
Name: KENT SAVAGIAN
Title: MANAGING DIRECTOR

CREDIT SUISSE, CAYMAN ISLANDS BRANCH

By _____
Name:
Title:

By _____
Name:
Title:

Accepted and agreed to as of
the date first above written:

TAMARACK RESORT LLC
By _____
Name: Jean-Pierre Boespflug
Title: CEO

7

NY\1107385.6