# Exhibit 8

3/30/06

CREDIT SUISSE SECURITIES (USA) LLC
Eleven Madison Avenue
New York, NY 10010

CREDIT SUISSE
Eleven Madison Avenue
New York, NY 10010

**CONFIDENTIAL**

**MARCH 30, 2006**

Ginn-LA Quail West Ltd., LLLP
Ginn-LA Laurel Creek Ltd., LLLP
Ginn-LA West End Ltd., LLLP
Ginn-LA Bulow Ltd., LLLP
Ginn-LA St. Lucie Ltd., LLLP (collectively, "***The Ginn LLLPs***")
215 Celebration Place
Suite 200
Celebration, Florida 34747
Attention: [____________]

The Ginn LLLPs: Up To $[800,000,000] Senior Secured Credit Facilities
Engagement Letter

Ladies and Gentlemen:

You have advised Credit Suisse ("***CS***") and Credit Suisse Securities (USA) LLC ("***CS Securities***", and together with CS and CS Securities' other affiliates, "***Credit Suisse***", "***we***" or "***us***") that The Ginn LLLPs are entering into this Engagement Letter in connection with seeking senior secured credit facilities in an aggregate principal amount of up to $[800,000,000]. Notwithstanding any other provisions of this Engagement Letter, this Engagement Letter may be terminated at any time, for any reason, by Credit Suisse or by you.

CONFIDENTIAL

1435242 v02

CONFIDENTIAL

You acknowledge and agree that (a) no fiduciary, advisory or agency relationship between you and Credit Suisse is intended to be or has been created in respect of any of the transactions contemplated by this Engagement Letter, irrespective of whether Credit Suisse has advised or is advising you on other matters, (b) Credit Suisse, on the one hand, and you, on the other hand, have an arms-length business relationship that does not directly or indirectly give rise to, nor do you rely on, any fiduciary duty on the part of Credit Suisse, (c) you are capable of evaluating and understanding, and you understand and accept, the terms, risks and conditions of the transactions contemplated by this Engagement Letter, (d) you have been advised that Credit Suisse is engaged in a broad range of transactions that may involve interests that differ from your interests and that Credit Suisse has no obligation to disclose such interests and transactions to you by virtue of any fiduciary, advisory or agency relationship, and (e) you waive, to the fullest extent permitted by law, any claims you may have against Credit Suisse for breach of fiduciary duty or alleged breach of fiduciary duty and agree that Credit Suisse shall have no liability (whether direct or indirect) to you in respect of such a fiduciary duty claim or to any person asserting a fiduciary duty claim on behalf of or in right of you, including your stockholders, employees or creditors.

CONFIDENTIAL

Credit Suisse is pleased to have been given the opportunity to assist you in connection with the financing contemplated hereby.

Very truly yours,

CREDIT SUISSE SECURITIES (USA) LLC

By: [signature]
Name: J. Tracy Mehr
Title: Managing Director

CREDIT SUISSE, CAYMAN ISLANDS BRANCH

By: [signature]
Name: BILL O'DALY
Title: DIRECTOR

By: [signature]
Name: RIANKA MOHAN
Title: ASSOCIATE

Accepted and agreed to as of
the date first above written:

GINN-LA QUAIL WEST LTD., LLLP

By [signature]
Name:
Title:

GINN-LA LAUREL CREEK LTD., LLLP

By [signature]
Name:
Title:

GINN-LA WEST END LTD., LLLP

By [signature]
Name:
Title:

GINN-LA BULOW LTD., LLLP

By [signature]
Name:
Title:

GINN-LA ST. LUCIE LTD., LLLP, LLC

By [signature]
Name:
Title: