UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| L.J. GIBSON, BEAU BLIXSETH, AMY KOENIG, VERN JENNINGS, MARK MUSHKIN, MONIQUE LEFLEUR, and GRIFFEN DEVELOPMENT, LLC, JUDY LAND, and CHARLES DOMINGUEZ, each individually, and on behalf of others similarly situated<br><br>      Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE AG, a Swiss corporation; CREDIT SUISSE SECURITIES (USA), LLC, a Delaware limited liability company, CREDIT SUISSE FIRST BOSTON, a Delaware limited liability corporation; CREDIT SUISSE CAYMAN ISLAND BRANCH, an entity of unknown type; CUSHMAN & WAKEFIELD, INC., a Delaware corporation and DOES 1 through 100 inclusive,<br><br>      Defendants. | Case No.: CV 10-1-EJL-REB<br><br>**MEMORANDUM DECISION AND ORDER RE:**<br><br>**CREDIT SUISSE'S MOTION TO ENFORCE THE COURT'S ORDER OF NOVEMBER 14, 2012 OR, ALTERNATIVELY, MOTION TO EXTEND BRIEFING DEADLINES REGARDING PLAINTIFFS' RENEWED CONFIDENTIALITY MOTION**<br><br>**(Docket No. 340)**<br><br>**CUSHMAN & WAKEFIELD, INC.'S NOTICE OF JOINDER IN CREDIT SUISSE'S MOTION TO ENFORCE THE COURT'S ORDER OF NOVEMBER 14, 2012 OR FOR ALTERNATIVE RELIEF**<br><br>**(Docket No. 342)** |

      Currently pending before the Court are (1) Credit Suisse's Motion to Enforce the Court's Order of November 14, 2012 or, Alternatively, Motion to Extend Briefing Deadlines Regarding Plaintiffs' Renewed Confidentiality Motion (Docket No. 340), and (2) Cushman & Wakefield, Inc.'s Notice of Joinder in Credit Suisse's Motion to Enforce the Court's Order of November 14, 2012 or for Alternative Relief (Docket No. 342). Having carefully considered the record and

**MEMORANDUM DECISION AND ORDER - 1**

otherwise being fully advised, the Court hereby grants, in part, and denies, in part, the relief requested therein as follows:

1. The Court will not dismiss Plaintiffs' Renewed Motion to Lift Improper Confidentiality Designation from Documents Produced by Defendants and Request for Sanctions and Request for Order to Show Cause Hearing ("Plaintiffs' Renewed Motion") (Docket No. 336). To this extent, Credit Suisse's Motion and Cushman & Wakefield's Joinder is DENIED.

2. The Court will extend the responding parties' deadline to file a response to Plaintiffs' Renewed Motion. To this extent, Credit Suisse's Motion and Cushman & Wakefield's Joinder is GRANTED.

3. The briefing schedule for Plaintiffs' Renewed Motion is as follows: (1) responses to Plaintiffs' Renewed Motion are due by March 27, 2013; and (2) Plaintiffs' reply in support of Plaintiffs' Renewed Motion is due by April 10, 2013. Plaintiffs' Renewed Motion will be heard on April 19, 2013.

IT IS SO ORDERED.

DATED: **March 19, 2013**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

**MEMORANDUM DECISION AND ORDER - 2**