**FILED**

UNITED STATES COURT OF APPEALS

DEC 03 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| L. J. GIBSON; et al., | No. 14-35952 |
| Plaintiffs, | D.C. No. 1:10-cv-00001-JLQ |
| and | District of Idaho, Boise |
| ROBERT CARSON HUNTLEY; et al., | |
| Appellants, | ORDER |
| v. | |
| CREDIT SUISSE SECURITIES USA, LLC, a Delaware limited liability company, FKA Credit Suisse First Boston Corp.; et al., | |
| Defendants - Appellees. | |

Before: GOODWIN, RAWLINSON, and IKUTA, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable. *See* 28 U.S.C. § 1291; *Cunningham v. Hamilton Cnty.*, 527 U.S. 198, 210 (1999) (sanctions order imposed on an attorney is not a final decision under § 1291); *Stanley v. Woodford*, 449 F.3d 1060, 1065 (9th Cir. 2006) (expressly interpreting *Cunningham* as extending to orders imposing sanctions under 28 U.S.C. § 1927);

MF/Pro Se

*see also In re San Vicente Med. Partners Ltd.*, 865 F.2d 1128, 1131 (9th Cir. 1989) (order) (magistrate judge order not final or appealable).  Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se